DONOVAN & YEE LLP
The Soho Building
110 Greene Street
New York, New York 10012
(212) 226-7700
MARYA LENN YEE (MY 4608)
ANDREA L. CALVARUSO (AC 0514)


Attorneys for Plaintiff
Anna Sui Corp.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANNA SUI CORP.,                                                  x
                                                                 x
                        Plaintiff,                               x
                                                                 x
        -v.-                                                     x
                                                                 x       _____ 07 Civ.
FOREVER 21, INC., FOREVER 21 RETAIL, INC.,                       x
FOREVER 21 LOGISTICS, LLC and                                    x
DO WON CHANG,                                                    x
                                                                 x
                        Defendants.                              x
-----------------------------------------------------------------x


**Rule 7.1 Statement**


  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Anna Sui Corp. states that it is a privately held New York corporation and is not a publicly traded company.

Plaintiff further states that itg has no parent companies or affiliates and no other publicly held company owns more than 10% of the stock of Anna Sui Corp.

Dated: New York, New York

April 20, 2007

DONOVAN & YEE LLP

By: Marya Lenn Yee (MY4608)
    Andrea L. Calvaruso (AC0514)
Attorneys for Plaintiff
Anna Sui Corp.
The Soho Building
110 Greene Street, Suite 700
New York, New York 10012
(212) 226-7700