UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/07

ANNA SUI CORP.,                       :

              Plaintiff,         :        07 Civ. 3235 (TPG)

   - against -                       :        **ORDER**

FOREVER 21, INC., et al.,             :

              Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The above-referenced action is an ECF designated case filed April 23, 2007 for which the complaint exhibits exceed the Clerk's Office filing size maximum. It is hereby directed that the exhibits in this action are to be retained in the official file as paper copies only.

       SO ORDERED.

Dated:    New York, New York
           April 26, 2007

                                              THOMAS P. GRIESA
                                              U.S.D.J.