

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ANNA SUI CORP.,                                              Index No. 07 CIV 3235
       Plaintiff(s),

    -against-                                                  AFFIDAVIT OF SERVICE

FOREVER 21, INC., et al.,
       Defendant(s).
------------------------------------------------------X
STATE OF CALIFORNIA        )
                                     S.S.
COUNTY OF LOS ANGELES    )

      Danny Bagley, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

      That on the 2nd day of July, 2007, at approximately the time of 10:28 A.M., deponent served a true copy of the SUMMONS & AMENDED COMPLAINT upon Do Wong Chang at 2001 S. Alameda Street, Los Angeles, CA 90058, by personally delivering and leaving the same with Young Kwon, a person of suitable age and discretion at that address, the actual place of employment. At the time of service, deponent asked whether Do Wong Chang is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Young Kwon is an Asian male, approximately 32 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 160 pounds with black hair and glasses.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 3rd day of July, 2007, deponent served another copy of the foregoing upon Do Wong Chang by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City of Los Angeles and State of California, addressed as follows:

Do Wong Chang
2001 S. Alameda Street
Los Angeles, CA 90058

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
This 9th day of July, 2007 By
CHRISTOPHER P. TRINDADE, personally known to me or
proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me.

_____
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com