

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNA SUI CORP.,

        Plaintiff,

       -against-

FOREVER 21, INC., et al.,

        Defendants.
-----------------------------------------------------------X

Case No. 07 CV 3235
(Judge Griesa)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
        S.S.:
COUNTY OF NEW CASTLE  )

    ONTRY PATTEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 28th day of June, 2007, at approximately the time of 3:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT upon FOREVER 21 LOGISTICS, LLC c/o National Registered Agents at 160 Greentree Drive, #101, Dover, DE, by personally delivering and leaving the same with DIANE FLANAGAN who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

    DIANE FLANAGAN is a white female, approximately 54 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 165 pounds with brown hair.

*/s/ Ontry Patten*
ONTRY PATTEN

Sworn to before me this
____ day of July, 2007

*/s/ Kimberly J. Ryan*
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 16, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com