**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
ANNA SUI CORP.,

      Plaintiff(s),         Index No. 07 CIV 3235

-against-        AFFIDAVIT OF SERVICE

FOREVER 21, INC., et al.,
      Defendant(s).
----------------------------------------------------X
STATE OF CALIFORNIA    )
                                     S.S.:
COUNTY OF LOS ANGELES  )

      Danny Bagley, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 2nd day of July, 2007, at approximately the time of 10:28 A.M., deponent served a true copy of the SUMMONS & AMENDED COMPLAINT IN A CIVIL ACTION upon Forever 21 Retail, Inc. at 2001 S. Alameda Street, Los Angles, CA 90058, by personally delivering and leaving the same with Young Kwon who informed deponent that he holds the position of ADMINISTRATOR with that company and is authorized by law to receive service at that address.

      Young Kwon is an Asian male, approximately 32 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 160 pounds with black hair and glasses.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
This 9th day of July, 2007 By
CHRISTOPHER P. TRINDADE , personally known to me
or proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

_____
NOTARY PUBLIC


CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008