**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANNA SUI CORP.,

      Plaintiff,

      -against-

FOREVER 21, INC., et al.,

      Defendants.
----------------------------------------------------------X

Case No. 07 CV 3235
(Judge Griesa)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
      S.S.:
COUNTY OF NEW CASTLE  )

      DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 10th day of July, 2007, at approximately the time of 2:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT upon GADZOOKS, INC. c/o The Corporation Trust Company at 1209 Orange Street, Wilmington, DE, by personally delivering and leaving the same with SCOTT LaSCALA who informed deponent that he holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

      SCOTT LaSCALA is a white male, in his 40's, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

_____
DANIEL NEWCOMB

Sworn to before me this
17th day of July, 2007

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com