Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,                                :
                                               :
                                               :  07 Civ. 3235 (TPG)
                                               :
                      Plaintiff,               :
                                               :
                                               :
   -v-                                         :
                                               :  **NOTICE OF APPEARANCE**
                                               :
FOREVER 21, INC., FOREVER 21 RETAIL,           :
INC., FOREVER 21 LOGISTICS, LLC,               :
DO WON CHANG, JIN SOOK CHANG,                  :  ECF
GADZOOKS, INC., GERALD P. SZCZEPANSKI          :
and JOHN DOES 1 to 20,                         :
                                               :
                                               :
                      Defendants.              :
------------------------------------------------------------x

   THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants Forever

21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang

2

in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

| | |
|---|---|
| Dated: New York, New York<br>July 30, 2007 | Powley & Gibson, P.C.<br><br>By:   s/ Robert L. Powley<br>      Robert L. Powley (RP 7674)<br><br>Attorney for Defendants<br>Forever 21, Inc., Forever 21 Retail<br>Inc., Forever 21 Logistics, LLC<br>Do Won Chang and Jin Sook Chang<br><br>Powley & Gibson, P.C.<br>304 Hudson Street, 2nd Floor<br>New York, New York  10013<br>Phone: 212-226-5054<br>Fax:    212-226-5085 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR ROBERT L. POWLEY was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 30th day of July, 2007, addressed as follows:

> Marya Lenn Yee
> Andrea L. Calvaruso
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

_____
David J. Lorenz