Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,                             :
                                            :
                                            :  07 Civ. 3235 (TPG)
                                            :
                  Plaintiff,                :
                                            :  **RULE 7.1 STATEMENT**
    -v-                                     :
                                            :
                                            :
FOREVER 21, INC., FOREVER 21 RETAIL,        :
INC., FOREVER 21 LOGISTICS, LLC,            :  ECF
DO WON CHANG, JIN SOOK CHANG,               :
GADZOOKS, INC., GERALD P. SZCZEPANSKI       :
and JOHN DOES 1 to 20,                      :
                                            :
                                            :
                  Defendants.               :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang certify that Defendant Forever 21, Inc. has no parent corporation and that no publicly held corporation owns

more than ten percent (10%) of Defendant Forever 21, Inc.'s stock. The undersigned counsel further certify that Defendants Forever 21 Retail, Inc. and Forever 21 Logistics, LLC are wholly-owned subsidiaries of Defendant Forever 21, Inc.

Dated: July 30, 2007                                    Respectfully submitted,


                                          By:      s/ Robert L. Powley
                                                Robert L. Powley (RP 7674)
                                                James M. Gibson (JG 9234)
                                                David J. Lorenz (DL 3072)

                                                Attorneys for Defendants
                                                Forever 21, Inc., Forever 21 Retail
                                                Inc., Forever 21 Logistics, LLC,

                                                Do Won Chang and Jin Sook Chang

                                                Powley & Gibson, P.C.
                                                304 Hudson Street, 2nd Floor
                                                New York, New York  10013
                                                Phone: 212-226-5054
                                                Fax:    212-226-5085

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the RULE 7.1 STATEMENT was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 30th day of July, 2007, addressed as follows:

> Marya Lenn Yee
> Andrea L. Calvaruso
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

_____
David J. Lorenz