UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ANNA SUI CORP.,

                **Plaintiff,**

     -v.-

                                                    **07 Civ. 3235**

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and JOHN DOES 1 to 20,

                **Defendants.**
-------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Amy C. Opp of DONOVAN & YEE LLP appears in this proceeding on behalf of Plaintiff Anna Sui Corp.

DATED:    New York, New York
                August 7, 2007

                                              DONOVAN & YEE LLP

                                                 /s/ Amy C. Opp
                                          Amy C. Opp (AO 2677)
                                          Attorneys for Plaintiff Anna Sui Corp.
                                          The Soho Building
                                          110 Greene Street, Suite 700
                                          New York, New York 10012
                                          Tel.:  (212) 226-7700
                                          Fax.:  (212) 226-1995