UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANNA SUI CORP.,

                Plaintiff,

     -v.-

                                    07 Civ. 3235 (TPG)

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and JOHN DOES 1 to 20,

                Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION

Upon the accompanying affirmation of Marya Lenn Yee, Esq. and memorandum of law, Plaintiff Anna Sui Corp., through its undersigned counsel, hereby moves the Court for an Order: (i) granting Plaintiff Expedited Discovery pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure requiring Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang (collectively "Defendants") to produce any and all documents identifying, concerning and/or relating to the fabric designs, together with all vendors for such fabric designs, for any women's garments and related accessories Defendants have not yet made available for sale in Defendants' retail or online establishments but which have been purchased, ordered, manufactured, created, designed, shipped, arranged for shipment and/or intended for sale by them in any retail establishment and/or online website; (ii) for the right to reply within five days of service of any opposition to this motion to address any new matters raised in opposition not addressed herein and (iii) for such other relief as the Court deems just and proper.

Dated: New York, New York
        December 10, 2007

                                        DONOVAN & YEE LLP
                                        Attorneys for Plaintiff Anna Sui Corp.

                                        By:   /s/ MARYA LENN YEE
                                            MARYA LENN YEE (MY 4608)
                                            AMY C. OPP (AO 2677)
                                        The Soho Building
                                        110 Greene Street, Suite 700
                                        New York, New York 10012
                                        (212) 226-7700