## CERTIFICATE OF SERVICE

I, Shanise Lockridge, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on December 10, 2007, I personally delivered a true and correct copy of Plaintiff's Motion for Expedited Discovery, including the Notice of Motion, Affirmation of Marya Lenn Yee, Memorandum of Law In Support of Plaintiff's Motion for Expedited Discovery and Proposed Order upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

Shanise Lockridge