**EXHIBIT A**















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA

VA 1-‌381-‌585

3  12  07

**1** Title of This Work: SHADOW LEAF BORDER    Nature of This Work: FABRIC DESIGN

**2** Name of Author: a. ANNA SUI CORP
Citizen of: U.S.A.

**3** a. 2005   b. _____   Date and Nation of First Publication: ___ 2005  U.S.A.

**4** ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

3-12-07

8-C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA

VA 1-391-592

3 / 17 / 07

1. Title of This Work: **TEA PARTY BORDER**
   Nature of Work: **FABRIC DESIGN**

2. Name of Author: **ANNA SUI CORP**
   Nationality: **U.S.A.**

4. **ANNA SUI CORP**
   **250 WEST 39TH STREET**
   **NEW YORK, NY 10018**

12-C