**EXHIBIT C**





06/21/2007 16:47 FAX ⌧004

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-402-680**

EFFECTIVE DATE OF REGISTRATION
Month 3 Day 7 Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work: WALLPAPER FOULARD BORDER
Nature of This Work: FABRIC DESIGN

**2** Name of Author: a ANNA SUI CORP
Author's Nationality or Domicile: Citizen of USA

**3** a Year in Which Creation of This Work Was Completed: 2006
b Date and Nation of First Publication: Month SEPTEMBER Day 13 Year 2006, Nation USA

**4** Copyright Claimant:
ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

APPLICATION RECEIVED: MAR 07 2007
ONE DEPOSIT RECEIVED: MAR 07 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

18-C

06/21/2007 THU 16:49 [TX/RX NO 8335] ⌧004