**EXHIBIT D**



http://www.forever21.com/images/large/40135264-01.jpg                                    10/5/2007



06/21/2007 16:51 FAX                                                                      ☐006

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-402-577

Month 3  Day 7  Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: CABBAGE ROSES BANDANA
Nature of This Work ▼: FABRIC DESIGN

**2** Name of Author ▼: a ANNA SUI CORP
Author's Nationality or Domicile: Citizen of U.S.A

**3** a Year in Which Creation of This Work Was Completed: 2006
b Date and Nation of First Publication of This Particular Work: SEPTEMBER 13, 2006, U.S.A.

**4** COPYRIGHT CLAIMANT(S): ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

MAR 07 2007 — ONE DEPOSIT RECEIVED
MAR 07 2007 — TWO DEPOSITS RECEIVED
FUNDS RECEIVED

19-C