**EXHIBIT F**

| Parties | Court and Case No. | Type of Lawsuit |
|---|---|---|
| Bebe Stores, Inc. v. Forever 21 | NDCal 07-00035 | Copyright Infringement |
| LA Printex Industries v. Forever 21 | CDCal 06-0333 | Copyright Infringement |
| Samsung America, Inc. v. Forever 21 | CDCal 06-06611 | Copyright Infringement |
| Textile Secrets Intl, Inc. v. Forever 21 | CDCal 07-07638 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. F21 et. al. | CDCal 07-00800 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. Forever 21 et. al | CDCal 07-01750 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. Urban Outfitters, et. al. | CDCal 07-01752 | Copyright Infringement |
| Harajuku Lovers, LLC v. Forever 21 | CDCal 07-03881 | Trademark Infringement |
| O and K, Inc. v. Scott Hansen, et. al. | CDCal 06-05787 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCal 07-5220 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCal 07-5221 | Copyright Infringement |
| Anthropologie v. Forever 21 | SDNY 07-7873 | Copyright Infringement |
| Textile Secrets v. Forever 21 | CDCal 07-5885 | Copyright Infringement |
| Carole Hochman Design Group v. F21 | SDNY 07-7699 | Copyright Infringement |
| Chemtex Print USA V. Forever 21 | CDCAL 07-6274 | Copyright Infringement |
| Trovata, Inc. v. Forever 21 | CDCAL 07-1196 | Trademark Infringement |
| Miroglio s.p.a. v. Forever 21 | SDNY 07-9573 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCAL 07-7359 | Copyright Infringement |
| Harkham Industries, Inc. v. Forever 21 et al | CDCAL 07-7728 | Copyright Infringement |