**EXHIBIT G**









ANNA SUI



04/16/2007  22:16     3103606259                    ANNA SUI LA                          PAGE  13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America





**FORM VA**

VA 1-391-594

MAY 18 2007

---

**1**   Title of This Work ▼

FLORAL LEAVES BORDER

Nature of This Work ▼

FABRIC DESIGN

---

**2**   NAME OF AUTHOR ▼

a  ANNA SUI CORP

Citizen of   U.S.A.

**3** a  2005     b  CHINA                14     2005     U.S.A.

**4**   ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

11-C

PAGE 04

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA

VA 1-381-385

3  12  07



**1** Title of This Work ▼

SHADOW LEAF BORDER          FABRIC DESIGN

**2** Name of Author ▼

a ANNA SUI CORP          U.S.A.

**3** a 2005     b JANUARY 9 2005  U.S.A.

**4** ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

8-C