Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,                                    :
                                                   :
                                                   :        07 Civ. 3235 (TPG)(JCF)
                                                   :
                    Plaintiff,                     :
                                                   :
     -v-                                           :
                                                   :
FOREVER 21, INC., FOREVER 21 RETAIL,               :
INC., FOREVER 21 LOGISTICS, LLC,                   :
DO WON CHANG, JIN SOOK CHANG,                      :
GADZOOKS, INC., GERALD P. SZCZEPANSKI              :
and JOHN DOES 1 to 20,                             :
                                                   :
                                                   :
                    Defendants.                    :
------------------------------------------------------------x

**NOTICE OF DEFENDANTS
DO WON CHANG'S AND JIN SOOK CHANG'S MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK
OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Do Won Chang,

Declaration of Jin Sook Chang and Memorandum of Law, Defendants Do Won Chang ("DWC")

and Jin Sook Chang ("JSC") (collectively "the Chang Defendants") by their undersigned counsel

hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing Plaintiff Anna Sui Corp's ("Plaintiff") First Amended Complaint against the Chang Defendants for lack of personal jurisdiction and for such other relief as this court deems just and proper.

Dated: December 14, 2007                     Respectfully submitted,


                                    By:      _____s/ Robert L. Powley_____
                                             Robert L. Powley (RP 7674)
                                             James M. Gibson (JG 9234)
                                             David J. Lorenz (DL 3072)

                                             Attorneys for Defendants
                                             Forever 21, Inc., Forever 21 Retail
                                             Inc., Forever 21 Logistics, LLC,
                                             Do Won Chang and Jin Sook Chang

                                             Powley & Gibson, P.C.
                                             304 Hudson Street, 2nd Floor
                                             New York, New York  10013
                                             Phone: 212-226-5054
                                             Fax:    212-226-5085

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DEFENDANTS DO WON CHANG'S AND JIN SOOK CHANG'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 14th day of December 2007, addressed as follows:

Marya Lenn Yee, Esq.
Amy C. Opp, Esq.
DONOVAN & YEE LLP
The Soho Building
110 Greene Street, Suite 700
New York, New York 10012
(212) 226-7700

Julio M. Lopez