Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ANNA SUI CORP.,                                            :
                                                           :
                                                           :      07 Civ. 3235 (TPG)(JCF)
                           Plaintiff,                      :
                                                           :
         -v-                                               :
                                                           :
FOREVER 21, INC., FOREVER 21 RETAIL,                       :
INC., FOREVER 21 LOGISTICS, LLC,                           :
DO WON CHANG, JIN SOOK CHANG,                              :
GADZOOKS, INC., GERALD P. SZCZEPANSKI                      :
and JOHN DOES 1 to 20,                                     :
                                                           :
                           Defendants.                     :
-----------------------------------------------------------x

**DECLARATION OF DO WON CHANG IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
<u>LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)</u>**

DO WON CHANG hereby declares:

1. I am a co-founder and Chief Executive Officer of Forever 21, Inc. located at 2001 S. Alameda Street, Los Angeles, CA 90058.

2. Forever 21, Inc. (or its wholly-owned subsidiaries) owns hundreds of stores throughout the United States.

3. Forever 21, Inc. is financially solvent and will be the party against whom any judgment for damages or other relief in this lawsuit would be levied and satisfied.

4. I have performed all activities relating to the design, distribution and sale of Forever 21 products exclusively in my capacity as an employee of Forever 21, Inc.

5. I am a resident of the State of California.

6. I do not own any property in the State of New York.

7. I have no bank accounts in the State of New York.

8. I am not subject to any obligation to pay New York state income taxes.

9. I do not have a New York state driver's license.

10. I do not conduct and have never conducted business in the State of New York in any capacity other than as an employee of Forever 21, Inc.

11. I do not consent to personal jurisdiction in the State of New York.

12. I do not regularly travel to the State of New York for any purpose.

13. Any business travel by me to New York State in my capacity as an employee of Forever 21, Inc. would not in any way be related to the subject matter of this lawsuit.

14. I did not receive service of process in the State of New York for this lawsuit and object to personal jurisdiction in this Court.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Date: DEC 3, 2007

By: _____
Do Won Chang

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DECLARATION OF DO WON CHANG IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 14th day of December 2007, addressed as follows:

> Marya Lenn Yee, Esq.
> Amy C. Opp, Esq.
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

_____
Julio M. Lopez