UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

ANNA SUI CORP.,

                Plaintiff,              07 Civ. 3235 (TPG)

    - against -                    **ORDER**

FOREVER 21, INC., FOREVER 21
RETAIL, INC., FOREVER 21 LOGISTICS,
LLC, DO WON CHANG, JIN SOOK
CHANG, GADZOOKS, INC., GERALD P.
SZCZEPANSKI and JOHN DOES 1 to 20,

                Defendants.

------------------------------------------------x

      For the reasons discussed at the conference on December 18, 2007, plaintiff's motion for expedited discovery is denied with leave to renew.

Dated: New York, New York
       December 19, 2007

                                        SO ORDERED

                                        Thomas P. Griesa
                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07