**EXHIBIT D**

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
ANNA SUI CORP.,       :
              :
              :    07 Civ. 3235 (TPG)
              :
       Plaintiff,    :
              :
   -v-          :
              :
FOREVER 21, INC., FOREVER 21 RETAIL, :
INC., FOREVER 21 LOGISTICS, LLC,  :
DO WON CHANG, JIN SOOK CHANG,  :
GADZOOKS, INC., GERALD P. SZCZEPANSKI :
and JOHN DOES 1 to 20,     :
              :
       Defendants.  :
-------------------------------------------------------x

## DEFENDANTS' INITIAL DISCLOSURES PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)

Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won

Chang and Jin Sook Chang (hereinafter "Forever 21," "Forever 21 Retail," "Forever 21

Logistics," "Do Won Chang," and "Jin Sook Chang" or collectively "Defendants"), by and

through their undersigned counsel, hereby provide their Initial Disclosures to Plaintiff Anna Sui

Corp. (hereinafter "Anna Sui" or "Plaintiff") pursuant to Rule 26(a) of the Federal Rules of Civil

Procedure. Counsel for the parties conferred as required by Federal Rule of Civil Procedure

26(f) on October 2, 2007.

### Reservation of Rights

Defendants make these disclosures pursuant to the requirements and limitations of the

Federal Rules of Civil Procedure ("Federal Rules"), and these disclosures shall not be deemed to

have any legal effect except as intended by the Federal Rules. These disclosures are based on

information reasonably available to Defendants as of this date.

In particular, Defendants expressly reserve and do not waive their right to object to any

discovery request, including any request for discovery of information or documents contained

within the categories set forth below, on the grounds of relevance, undue burden, work product

immunity, privilege, confidentiality, trade secret or other appropriate grounds. Defendants also

expressly reserve and do not waive their right to supplement these disclosures and to introduce

additional information in connection with any future motion, hearing or trial.

Subject to and without waiver of the foregoing, Defendants provide the following Initial

Disclosures:

1. **Rule 26 (a)(1)(A) Disclosures:**

As presently advised and without waiving their right to identify other parties as they

become known to Defendants, Defendants believe that the following individuals or individuals at

the companies identified below are likely to have discoverable information that Defendants may

use to support their defenses:

2

1. Heather Choi
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

2. Abby Lien
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

3. May Lee
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

4. Vonnie Tandra
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

5. Jin S. Chang
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

6. Ann Cadier-Kim
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

7. Donna Hampton
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

8.     Amy Wong
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, CA 90058
Tel: 213-741-5100

9.     Tom Kim
Original Inc.
1015 S. Crocker Street, #Q23
Los Angeles, CA 90021

10.     Mina
Seven Star
1100 S. San Pedro Street, #J-13
Los Angeles, CA 90015

11.     Johnny Kim
O Casual
1100 S. San Pedro Street, #M-9
Los Angeles, CA 90015

12.     Henry Lee
One Clothing
2121 E. 37th Street
Los Angeles, CA 90058

13.     Janette
Sunny Ok
2416 E. 16th Street
Los Angeles, CA 90021

14.     Seog Chun Bak
Better Be
1015 S. Crocker Street, #R-22
Los Angeles, CA 90021

15.     Yuri Park
Just In Time
2649 S. Long Beach Ave.
Los Angeles, CA 90058

16.     Jay Lee
Do & Be
1100 S. San Pedro Street, #I-2
Los Angeles, CA 90015

4

17.     Jessie
Glam
1015 S. Crocker Street, #P8
Los Angeles, CA 90021

18.     Veronica Park
Estam
721 E. 12th Street, #7
Los Angeles, CA 90021

19.     Lucca/Monalisa

20.     Hangzhou HSDP Group
353 Huancheng East Road, Xiacheng District Hangzhou
China
Tel: 86-571-85192182

21.     Hundred Garment/Zhangjian

22.     Ford Glory International

23.     Ruihongpin/Regent Sheen De

24.     Marjo Apparel

25.     Huzhou Silk Group

26.     Julie Designer Group Co.

27.     Rosanne Morgan
c/o Donovan & Yee, LLP
110 Greene Street
New York, NY 10012
Tel: 212-226-7700

28.     Anna Sui
Anna Sui Corp.
c/o Donovan & Yee, LLP
110 Greene Street
New York, NY 10012
Tel: 212-226-7700

2.      **Rule 26 (a)(1)(B) Disclosures:**

The following is a description, by category, of the documents that Defendants believe, at the present time, may be used in support of their defenses as set forth in the Answer to First Amended Complaint.

1.      Purchase orders.

2.      Debit/credit memos.

3.      Electronic inventory reports.

4.      Packaging slips.

5.      Electronic communications.

Notwithstanding the foregoing, Defendants expressly reserve and do not waive their right to supplement their Initial Disclosures and to introduce additional information in connection with any future motion, hearing or trial.

3.      **Rule 26 (a)(1)(C) Disclosures:**

Subject to Defendants' right to amend their Answer to First Amended Complaint and to supplement their Initial Disclosures as appropriate, or as subsequently deemed necessary as a result of discovery in the captioned matter, Defendants inform Plaintiff and the Court that they do not seek damages at this time.

6

**4.**    **Rule 26 (a) (1) (D) Disclosures:**

Defendants have no insurance policy or agreement under which any person carrying on

an insurance business may be liable to satisfy part or all of a judgment which may be entered in

this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: October 16, 2007                Respectfully submitted,

By:

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York  10013
Phone: 212-226-5054
Fax:    212-226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

7