CERTIFICATE OF SERVICE

I, Shanise Lockridge, an employee at Donovan & Yee LLP, attorneys for Plaintiff

Anna Sui Corp. hereby affirm under the penalties of perjury, that on January 4, 2008, I

personally delivered a true and correct copy of Plaintiff's Memorandum of Law In

Opposition to Defendants Do Won Chang and Jin Sook Chang's Motion to Dismiss

Plaintiff's First Amended Complaint and the Declaration of Marya Lenn Yee upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

Shanise Lockridge