CERTIFICATE OF SERVICE

I, Shanise Lockridge, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on April 16, 2008, I personally delivered a true and correct copy of the Supplemental Declaration of Marya Lenn Yee and Plaintiff's Order Granting Expedited Discovery and Other Relief upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

Shanise Lockridge