**EXHIBIT B**

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

Writer's Direct Dial:
(212) 226-4271

September 19, 2007

**VIA FACSIMILE (212) 226-5085**

Robert L. Powley
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

### RE: 1638/Anna Sui v. Forever 21, Inc. et. al.

Dear Mr. Powley:

We are writing to inform you of a newly discovered Forever 21 garment that infringes on our client, Anna Sui Corp.'s, copyrighted designs. On September 11, 2007, we discovered item number 42420499012 (the "Infringing Product") in Forever 21's recently opened Soho store (see attached). The Infringing Product copies Anna Sui's copyrighted Shadow Leaf Border and Tea Party Border, both of which are already at issue in the current litigation between the parties and are attached exhibits to the First Amended Complaint (See Exhibits 8 and 12).

On behalf of our client, we demand that Forever 21 hereby cease all sales of the Infringing Product and arrange an immediate recall of the infringing merchandise from its sales floor within five (5) business days of your receipt of this correspondence. We also demand that Forever 21 provide us with the following information with regard to the Infringing Product:

1. The identity of the source for the Infringing Product if Forever 21 is not the source;
2. The price and total number of units of the Infringing Product that Forever 21 has purchased;
3. The price and total number of units of the Infringing Product that Forever 21 has sold; and
4. The total number of the Infringing Product that remains in Forever 21's inventory.

Robert Powley, Esq.
Page 2

We must hear from you, in writing, within five (5) days of receipt of this letter acknowledging that all commercial activities with regard to the Infringing Product have been stopped. In the absence of such assurances, we will be compelled to recommend to our client that it take all appropriate steps to protect its rights.

The demands made herein shall not waive or prejudice any rights or remedies which our client may have in respect of the subject matter hereof, all of which rights and remedies are hereby expressly reserved. We look forward to hearing from you and thank you in advance for your cooperation.

Sincerely,

Amy C. Opp

Cc:    Marya Lenn Yee, Esq.
       Anna Sui Corp.



42420499
42420499012    3
UB81

KNIT TOP/SPAGHET
CREAM/BLACK
T6051-1

S    C
$15.80

42420499012





# FOREVER 21

Broadway Soho
578 Broadway
New York, NY  10012
212-951-5949

Receipt# : 0271-03-10003673
Tran Date: 09/11/07 11:06 AM
Printed  : 09/11/07 11:06 AM
Cashier  : Belinda 271020

42426499012 KNIT TOP/KNIT TOP/SPAGHETTI/N
            CREAM/BLACK      1      15.80 T
41383726011 ACCESSORIES/HANDBAGS/LARGE ST
            BLACK            1      19.80 T2
--- ---- --- -------- --------- --- --------
                    Sub Total    35.60
                   4.375% Tax     0.87
                        Total    36.47
********** ********** **********************
Tenders: 1. VISA                  36.47
            XXXXXXXXXXXX4470
                    Change:        0.00

ITEMS PURCHASED: 2
EXCHANGE BY DATE: 10/02/07
- - - - - - - - - - - - - - - - - - - - - -
     Exchange or store credit is allowed
    within 21 days of purchase with original
     receipt and tags attached. Merchandise
     must be unwashed, unworn and undamaged
        for exchange or store credit. Sale
     merchandise, jewelry and undergarments
     are all FINAL sale items and cannot be
      returned for exchange or store credit.
      Store credit and gift cards are not
      redeemable for cash or transferable
        and cannot be replaced if lost or
       stolen. There are NO cash refunds
     or credit back to credit/debit cards.

     Thank you for shopping at Forever XXI.

```
                        **********************
                        ***   TX REPORT   ***
                        **********************

        TRANSMISSION OK

        TX/RX NO              4857
        CONNECTION TEL           12122265085ppp1638
        SUBADDRESS
        CONNECTION ID
        ST. TIME              09/19 17:02
        USAGE T               03'14
        PGS. SENT                8
        RESULT                OK
```

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

## FAX COVER SHEET

Date:   September 19, 2007

From:   Amy C. Opp

Sender's Direct Dial:   (212) 226-4271

Client/Matter:   1638/F21                          No. of pages:

To: Robert Powley, Esq.

Company: Powley & Gibson, P.C.

City/Country: New York, NY

Fax Number: (212) 226-5085

Recipient's Tel:

### MESSAGE:

Please see attached letter.

POWLEY|GIBSON

<u>VIA FACSIMILE AND FIRST-CLASS MAIL</u>

September 24, 2007

RECEIVED
SEP 26 2007
DONOVAN & YEE LLP

Amy C. Opp
Donavan & Yee, LLP
The Soho Building
110 Greene Street, Suite 700
New York, NY 10012

    Re:  *Anna Sui Corp. v. Forever 21, Inc. et al.*
       <u>Our Reference No.: 329.1</u>

Dear Ms. Opp:

**Powley & Gibson, p.c.**
304 Hudson Street
2nd Floor
New York, NY 10013
212.226.5054
F 212.226.5085
powleygibson.com

We have reviewed your September 19, 2007 letter and have forwarded a copy to our client. Our client is diligently looking into the facts concerning the subject matter of your letter and will provide us with further information as soon as it is available.

We will make every effort to respond to you within five (5) business days of receipt of your letter. Any information disclosed in response to your September 19th letter is solely for the purpose of reaching settlement, shall not constitute an admission of any liability and shall not waive or prejudice any rights or remedies which our client may have in respect of the subject matter hereof, all of which rights and remedies are hereby expressly reserved.

Sincerely,

David J. Lorenz

## Amy Opp

**From:** Amy Opp

**Sent:** Tuesday, October 16, 2007 6:11 PM

**To:** 'rlpowley@powleygibson.com'; 'jmgibson@powleygibson.com'

**Cc:** Marya Yee

**Subject:** Anna Sui Corp. v. Forever 21, Inc. et. al.

Dear Bob and Jim:

I wanted to follow-up with you on a few outstanding house-keeping issues, some of which I spoke with David Lorenz about last week. I've broken them down by subject matter below:

### Recent Forever 21 Infringements

In letters dated September 19 and October 5 I identified three additional Forever 21 garments (in Forever 21 stores as of October 5) which infringe upon Anna Sui's copyrighted designs already at issue in the current litigation. I have followed-up several times with you to confirm that Forever 21 has recalled these goods from its stores and website, but have yet to receive a response. Please immediately confirm that these goods have been pulled and provide us with the information requested in my letters.

### Gadzooks/ Gerald Szczepanski

It is our understanding that Mr. Kwon was going to provide you with details concerning Forever 21's current relationship to Gadzooks, Inc. and Mr. Szczepanski. Please advise us of such status as soon as possible.

### Forever 21 Discovery Demands

We have reviewed your docment demands and many of the documents you seek contain confidential and proprietary business information, which our client will not produce absent a confidentiality agreement between the parties. We're open to any suggestions you may have regarding a confidentiality agreement and ask that you provide us with a draft agreement.

If you have any questions about the foregoing, please feel free to give me a call. Thanks.

Amy

PS- Bob, my dad graduated from W&L and every fall growing up we spent a long weekend in Lexington- I'm sure it's gorgeous down there right now!

Amy C. Opp
Donovan & Yee LLP
110 Greene Street, Suite 700
New York, N.Y. 10012

Phone: (212) 226 4271
Fax:    (212) 226 1995
E-Mail: aopp@yeellp.com

This message and any attachments to it are intended only for the addressee(s) identified above and may contain CONFIDENTIAL information and/or PRIVILEGED attorney client information and/or attorney work product. If you are not an intended recipient or an agent responsible for delivering it to an intended recipient, you have received this e-mail in error and any dissemination, distribution or copying of this message or any attachment to it is strictly prohibited. If you have received this email in error, please e-mail the sender or notify us at daygd@yeellp.com and then delete this message from your

## Amy Opp

| | |
|---|---|
| **From:** | James M. Gibson [jmgibson@powleygibson.com] |
| **Sent:** | Wednesday, October 17, 2007 2:20 PM |
| **To:** | Amy Opp |
| **Cc:** | Marya Yee; Robert L. Powley |
| **Subject:** | FW: F21 Style Numbers |
| **Attachments:** | Recalled Goods List 6-21-07.doc |

Amy,

This really doesn't help us out that much with matching up item numbers to exhibits, so we will respond to your question n your email of yesterday regarding the items identified in your September 19th and October 5th letters as soon as we can.

Thank you,

Jim

> POWLEY & GIBSON, p.c.
> 304 Hudson Street
> 2nd Floor
> New York, New York 10013
> p  (212) 226 - 5054
> f  (212) 226 - 5085
> www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege.  If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited.  If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

-----Original Message-----
**From:** Amy Opp [mailto:AOpp@yeellp.com]
**Sent:** Wednesday, October 17, 2007 1:53 PM
**To:** James M. Gibson
**Cc:** Marya Yee
**Subject:** F21 Style Numbers

Dear Jim:

Pursuant to our conversation earlier today, attached is Emily Li's email to us concerning what style numbers have been recalled from Forever 21's stores.  We are still in the process of organizing our order of proof and do not currently have a document identifying which style numbers correspond to each exhibit, however we have provided a lot of that information to Forever 21 throughout our correspondence and conversations with Mr. Kwon and Ms. Li.  Accordingly, they should have the information you are seeking in their files.  Thanks.

Amy

12/4/2007

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

Writer's Direct Dial:
(212) 226-4271

October 25, 2007

**VIA HAND DELIVERY**

James M. Gibson
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

### RE: 1638/Anna Sui v. Forever 21, Inc. et. al.

Dear Jim:

Enclosed please find plaintiff Anna Sui's First Set of Interrogatories and Requests for Admission, First Request for the Production of Documents and Things and Notices of Deposition for Do Won Chang, Jin Sook Chang and a Rule 30(b)(6) witness from Forever 21. We have noticed the depositions at the firm Lewis, Brisbois, Bisgaard & Smith in Los Angeles, but if your clients prefer to be deposed in New York, we are amenable to conducting the depositions here.

Finally, we still have not received a response from you or your client with respect to our September 19, 2007 and October 5, 2007 letters. Please immediately confirm that the Infringing Products identified in the letters have been removed from Forever 21's stores and website and provide the information requested in the letters. Thank you.

Sincerely,

Amy C Opp

## Amy Opp

**From:** David J. Lorenz [djlorenz@powleygibson.com]

**Sent:** Thursday, October 25, 2007 4:30 PM

**To:** Amy Opp

**Cc:** Robert L. Powley; James M. Gibson

**Subject:** Anna Sui v. Forever 21 – ORN. 329.1

Dear Amy,

In response to your October 25, 2007 letter, we note that, with no admission of liability or waiver of any of our clients' rights and solely for the purposes of promoting settlement in this litigation, Forever 21 issued instructions to recall the item identified in your September 19, 2007 letter and remove the item from Forever 21's website at the beginning of this month.

Regarding the Forever 21 items discussed in your October 5, 2007 letter, we will advise you as to the status of those items shortly.

Finally, our client has been unable to identify the items cited in Exhibits 11B (top, skirt, green top, blue dress and red dress), 12B (tank top), 15B (black spaghetti strap top), 18B (black spaghetti strap top), 20B (long sleeve top), 21, 23A and 24A to the Amended Complaint solely from the photographs in the Exhibits. As such, Forever 21 has not been able recall those items. Accordingly, we ask again that you please provide item numbers for the items shown in those Exhibits to assist Forever 21 in identifying the items. We note that the list of recalled items previously provided to you by Emily Li does not include the items shown in the above Exhibits.

If you have any questions, please let us know.

Sincerely,
Dave Lorenz

> POWLEY & GIBSON, p.c.
> 304 Hudson Street, 2nd Floor
> New York, New York 10013
> p  (212) 226 - 5054
> f  (212) 226 - 5085
> www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

**EXHIBIT C**





# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 - 402 - 680

EFFECTIVE DATE OF REGISTRATION

3 _____ 7 _____ 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

WALLPAPER FOULARD BORDER

NATURE OF THIS WORK ▼

FABRIC DESIGN

Previous or Alternative Titles ▼

**2** NAME OF AUTHOR ▼

a ANNA SUI CORP

Was This Contribution to the Work a "Work made for hire"?

Author's Nationality or Domicile
Name of Country
OR { Citizen of } U.S.A.
{ Domiciled in }

**3**
a ___ 2006 ___ Year

b Date and Nation of First Publication of This Particular Work
SEPTEMBER ___ Day 13 ___ Year 2006
U.S.A. Nation

**4**
COPYRIGHT CLAIMANT(S)

ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK NY 10018

MAR 07 2007

MAR 07 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**EXHIBIT D**





Certificate of Registration

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-402-677

3

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
CABBAGE ROSES BANDANA

NATURE OF THIS WORK ▼ See instructions
FABRIC DESIGN

Previous or Alternative Titles ▼

**2**
NAME OF AUTHOR ▼
a  ANNA SUI CORP

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ U.S.A.
      Domiciled in _____ }

**3**
a  Year 2006    b  September 13 2006    U.S.A.

**4**
COPYRIGHT CLAIMANT(S)
ANNA SUI CORP
250 WEST 39th STREET
NEW YORK, NY 10018

MAR 07 2007
ONE DEPOSIT RECEIVED
MAR 07 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶

19 C

**EXHIBIT E**

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

Writer's Direct Dial:
(212) 226-4271

October 5, 2007

**VIA FACSIMILE (212) 226-5085**

Robert L. Powley
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

### RE: 1638/Anna Sui v. Forever 21, Inc. et. al.

Dear Mr. Powley:

We are writing to inform you of two more newly discovered Forever 21 garments that infringe on our client, Anna Sui Corp.'s, copyrighted designs. On October 4, 2007, we discovered item numbers 2043053244 (the "Fleur De Lis Babydoll") and 2040135264 (the 'Woven Floral Halter") (collectively "Infringing Products") offered for sale on Forever 21's website and in its stores (see Exhibit A). The Infringing Products copy Anna Sui's copyrighted Wallpaper Foulard Border and Cabbage Roses Bandana, both of which are already at issue in the current litigation between the parties and are attached exhibits to the First Amended Complaint (See Exhibits 18 and 19).

On behalf of our client, we demand that Forever 21 hereby cease all sales of the Infringing Products and arrange an immediate recall of the infringing merchandise from its sales floor within five (5) business days of your receipt of this correspondence. We also demand that Forever 21 provide us with the following information with regard to the Infringing Products:

1. The identity of the source for the Infringing Products if Forever 21 is not the source;
2. The price and total number of units of the Infringing Products that Forever 21 has purchased;
3. The price and total number of units of the Infringing Products that Forever 21 has sold; and
4. The total number of the Infringing Products that remains in Forever 21's inventory.

Robert Powley, Esq.
Page 2

We must hear from you, in writing, within five (5) days of receipt of this letter acknowledging that all commercial activities with regard to the Infringing Products have been stopped. In the absence of such assurances, we will be compelled to recommend to our client that it take all appropriate steps to protect its rights.

Finally, we still have not received a response from you or your client with respect to our September 19, 2007 letter. Please immediately confirm that the Infringing Product (42420499012) identified in the letter has been removed from Forever 21's stores and website and provide us with the additional information requested in the September 19 letter.

The demands made herein shall not waive or prejudice any rights or remedies which our client may have in respect of the subject matter hereof, all of which rights and remedies are hereby expressly reserved. We look forward to hearing from you and thank you in advance for your cooperation.

Sincerely,

Amy C Opp

Amy C. Opp

Cc:    Marya Lenn Yee, Esq.
       Anna Sui Corp.

**EXHIBIT A**









19-A

10/05/2007 16:05 FAX 2122261995         DONOVAN & YEE                    ☑001

```
                        *********************
                        ***   TX REPORT   ***
                        *********************

            TRANSMISSION OK

            TX/RX NO              4886
            CONNECTION TEL          12122265085ppp0231
            SUBADDRESS
            CONNECTION ID
            ST. TIME             10/05 16:04
            USAGE T              01'16
            PGS. SENT            8
            RESULT               OK
```

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

## FAX COVER SHEET

Date:   September 19, 2007

From:   Amy C. Opp

Sender's Direct Dial:  (212) 226-4271

Client/Matter:   1638/F21                    No. of pages:  8

To: Robert Powley, Esq.

Company: Powley & Gibson, P.C.

City/Country: New York, NY

Fax Number: (212) 226-5085

Recipient's Tel:

### MESSAGE:

Please see attached letter.

## Amy Opp

| | |
|---|---|
| **From:** | James M. Gibson [jmgibson@powleygibson.com] |
| **Sent:** | Saturday, October 27, 2007 12:59 PM |
| **To:** | Amy Opp |
| **Cc:** | David J. Lorenz; Robert L. Powley |
| **Subject:** | FW: Anna Sui v. Forever 21 -- ORN. 329.1 |

Amy,

Further to our email below, Forever 21 has confirmed that it has issued instructions to remove the two items identified in your October 5, 2007 letter from its stores and from its website.

Thank you,

Jim

> POWLEY & GIBSON, p.c.
> 304 Hudson Street
> 2nd Floor
> New York, New York 10013
> p  (212) 226 - 5054
> f  (212) 226 - 5085
> www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege.  If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

-----Original Message-----
**From:** David J. Lorenz
**Sent:** Thursday, October 25, 2007 4:30 PM
**To:** aopp@yeellp.com
**Cc:** Robert L. Powley; James M. Gibson
**Subject:** Anna Sui v. Forever 21 -- ORN. 329.1

Dear Amy,

In response to your October 25, 2007 letter, we note that, with no admission of liability or waiver of any of our clients' rights and solely for the purposes of promoting settlement in this litigation, Forever 21 issued instructions to recall the item identified in your September 19, 2007 letter and remove the item from Forever 21's website at the beginning of this month.

Regarding the Forever 21 items discussed in your October 5, 2007 letter, we will advise you as to the status of those items shortly.

Finally, our client has been unable to identify the items cited in Exhibits 11B (top, skirt, green top, blue dress and red dress), 12B (tank top), 15B (black spaghetti strap top), 18B (black spaghetti strap top), 20B (long sleeve top), 21, 23A and 24A to the Amended Complaint solely from the photographs in the Exhibits. As such, Forever 21 has not been able recall those items. Accordingly, we ask again that you please provide item numbers for the items shown in those Exhibits to assist Forever 21 in

identifying the items. We note that the list of recalled items previously provided to you by Emily Li does not include the items shown in the above Exhibits.

If you have any questions, please let us know.

Sincerely,
Dave Lorenz

POWLEY & GIBSON, p.c.
304 Hudson Street, 2nd Floor
New York, New York 10013
p  (212) 226 - 5054
f  (212) 226 - 5085
www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege.  If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

**EXHIBIT F**

| Parties | Court and Case No. | Type of Lawsuit |
|---|---|---|
| Bebe Stores, Inc. v. Forever 21 | NDCal 07-00035 | Copyright Infringement |
| LA Printex Industries v. Forever 21 | CDCal 06-0333 | Copyright Infringement |
| Samsung America, Inc. v. Forever 21 | CDCal 06-06611 | Copyright Infringement |
| Textile Secrets Intl, Inc. v. Forever 21 | CDCal 07-07638 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. F21 et. al. | CDCal 07-00800 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. Forever 21 et. al | CDCal 07-01750 | Copyright Infringement |
| United Fabrics, Intl, Inc. v. Urban Outfitters, et. al. | CDCal 07-01752 | Copyright Infringement |
| Harajuku Lovers, LLC v. Forever 21 | CDCal 07-03881 | Trademark Infringement |
| O and K, Inc. v. Scott Hansen, et. al. | CDCal 06-05787 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCal 07-5220 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCal 07-5221 | Copyright Infringement |
| Anthropologie v. Forever 21 | SDNY 07-7873 | Copyright Infringement |
| Textile Secrets v. Forever 21 | CDCal 07-5885 | Copyright Infringement |
| Carole Hochman Design Group v. F21 | SDNY 07-7699 | Copyright Infringement |
| Chemtex Print USA V. Forever 21 | CDCAL 07- 6274 | Copyright Infringement |
| Trovata, Inc. v. Forever 21 | CDCAL 07-1196 | Trademark Infringement |
| Miroglio s.p.a. v. Forever 21 | SDNY 07-9573 | Copyright Infringement |
| Star Fabrics, Inc. v. Forever 21 | CDCAL 07-7359 | Copyright Infringement |
| Harkham Industries, Inc. v. Forever 21 et al | CDCAL 07-7728 | Copyright Infringement |

**EXHIBIT G**



