





ANNASUI



04/16/2007  22:16    3103606259                ANNA SUI LA                        PAGE 13

PAGE 10

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM VA

VA 1-391-694

**1**  Title of This Work ▼
SMALL LEAVES BORDER         FABRIC DESIGN

**2**  ANNA SUI CORP
U.S.A.

**3**  a. 2005    b. _____    U.S.A.

**4**  ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10017

11-C

04/17/2007 TUE 10:08  [TX/RX NO 7905]  @014

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**3  12  07**

## 1

SHADOW LEAF BORDER                     FABRIC DESIGN

## 2

**ANNA SUI CORP**

U.S.A.

## 3

a  2005      b                                    U.S.A.        2005

## 4

ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

8-C

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

------------------------------------------------x
                                                :
ANNA SUI CORP.,                                 :
                                                :
                          Plaintiff,            :        07 Civ. 3235 (TPG)
                                                :
              - against -                       :             **ORDER**
                                                :
                                                :
FOREVER 21, INC., FOREVER 21                    :
RETAIL, INC., FOREVER 21 LOGISTICS,             :
LLC, DO WON CHANG, JIN SOOK                     :
CHANG, GADZOOKS, INC., GERALD P.                :
SZCZEPANSKI and JOHN DOES 1 to 20,              :
                                                :
                          Defendants.           :
------------------------------------------------x

        For the reasons discussed at the conference on December 18,

2007, plaintiff's motion for expedited discovery is denied with leave to

renew.


Dated: New York, New York
        December 19, 2007



                                        SO ORDERED

                                        _____
                                             Thomas P. Griesa
                                             U.S.D.J.

**EXHIBIT D**

Anna Sui print





21-B