



FOREVER 21 Infringement Discovered 4/14/08

BOOKMARK THIS SITE | SHOP ALL OUR BRANDS | FOREVER21 | HERITAGE1981 | TWELVEBY12

# FOREVER 21 ® shop

MENS   GIFT CARDS   EDITOR'S CORNER   WISH LIST   MY ACCOUNT   RECENT VIEWS   SIGN IN / REGISTER   SEARCH

**FASHION TOPS   BLOUSES/SHIRTS   GRAPHIC TEES   BASICS   HOODIES   SWEATERS   OUTERWEAR   DENIM   PANTS   SH**
**SHOES   ACCESSORIES   JEWELRY   LINGERIE   LOUNGEWEAR   SALE  |  21SPECIALS   BRILLIANT BUYS   FIND MY LOOK**



### Crinkled Halter Dress

### $29.80

Knee length crinkled halter dress with contrasting embroidered
accents. Shirred elastic midriff for a custom fit
- 37" approx length from bust to hem
- 100% cotton, hand wash cold, hang dry
- Imported
ProductCode: 2039859720



BLACK/CREAM           Qty 1 

Size          

 ADD TO YOUR BAG          

Size Chart
Email a friend

Prev   Next

BACK TO DRESSES

BACK  FRONT  DETAIL

You may also like :


H81 Ice Cream Cone
Necklace
**$6.90**


Gabriela Bubble Tube
**$17.80**


H81Eyelet Trim Top
**$16.90**


Croc Kisslock Clutch
**$14.80**


F21 Scoopneck Top
**$5.80**


"M" Initial Necklace
**$5.80**

# FOREVER21

Herald
50 W. 34st
New York, NY  10001
212-564-2346

Receipt# : 0160-13-10229831
Tran Date: 04/14/08 01:14 PM
Printed  : 04/14/08 01:14 PM
Cashier  : Cieta 336072

39859190033 DRESS/KNEE LNGTH DRS/HALTER/N
           BLACK/CREAM    1      29.80
------------------------------------------
                Sub Total     29.80
               0.000% Tax      0.00
                    Total     29.80
******************************************
Tenders: 1. MASTERCARD           29.80

                        Change:   0.00

ITEMS PURCHASED: 1

EXCHANGE BY DATE: 05/05/08
- - - - - - - - - - - - - - - - - - - - -

   Exchange or store credit is allowed
 within 21 days of purchase with original
   receipt and tags attached. Merchandise
    must be unwashed, unworn and undamaged
    for exchange or store credit. Sale
  merchandise, Jewelry and undergarments
  are all FINAL sale items and cannot be
  returned for exchange or store credit.
   Store credit and gift cards are not
  redeemable for cash or transferable
   and cannot be replaced if lost or
     stolen. There are NO cash refunds
  or credit back to credit/debit cards.

  Thank you for shopping at Forever XXI.



AS 0884

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–406–863**

EFFECTIVE DATE OF REGISTRATION

V     1     07
Month     Day     Year

---

**1** DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Title of This Work ▼
**EMBROIDERED LEAF BORDER**

NATURE OF THIS WORK ▼ See instructions
**FABRIC DESIGN**

Previous or Alternative Titles ▼
**P80602**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a ANNA SUI CORP**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ★USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed
**2005** Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **JUNE** Day **7** Year **2005**
Nation ★USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**ANNA SUI CORP
250 WEST 39TH ST
NEW YORK, NY 10018**

APPLICATION RECEIVED
JUN 07 2007
ONE DEPOSIT RECEIVED
JUN 07 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _M.B. /SPW_        FORM V/

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

c

**Added by C O from phone call to Layla Khoury-Hanold of Anna Sui Corp on 6/26/07.**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

ANNA SUI CORP
250 WEST 39th ST
NEW YORK, NY 10018
> Attention: Layla Khoury-Hanold

Area code and daytime telephone number (212) 768-1951 ext. 84          Fax number (212) 768-2853

Email L.Khoury@annasuicorp.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Anna Sui          Date 6/6/07

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Anna Sui Corp c/o Layla Khoury Hanold

Number/Street/Apt ▼
250 West 34th Street

City/State/Zip ▼
New York, NY 10018

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.