```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANNA SUI CORP.,                                             x
                                                            x
                        Plaintiff,                          x
                                                            x
        -v.-                                                x
                                                            x   07 Civ. 3235 (TPG)
FOREVER 21, INC., FOREVER 21 RETAIL, INC.,                  x
FOREVER 21 LOGISTICS, LLC,                                  x
DO WON CHANG, JIN SOOK CHANG,                               x
GADZOOKS, INC., GERALD P. SZCZEPANSKI                       x
and JOHN DOES 1 to 20,                                      x
                                                            x
                        Defendants.                         x
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

## ORDER GRANTING EXPEDITED DISCOVERY AND OTHER RELIEF

WHEREAS, Plaintiff Anna Sui Corp. ("Plaintiff") has renewed its Motion for Expedited Discovery, served and filed on April 16, 2008, on the terms set forth by the Court's Order of December 19, 2007; and

WHEREAS, on April 11, 2008, Plaintiff requested the Court's intervention to obtain discovery required for the prosecution of this Action as set out in the Amended Complaint served and filed on June 26, 2007;

It is hereby ORDERED that plaintiff Anna Sui Corp. ("Plaintiff") be GRANTED the following discovery, on an expedited basis, from Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang (collectively, "Defendants"), to be delivered to Plaintiff within ten (10) business days of this Order:

1. Defendants' All Inventory & Sales Distribution Summary for each Infringing Design identified in the Exhibits to the Amended Complaint, without redactions, or a report providing identical information;

2. Defendants' All Inventory & Sales Distribution Summary for each Infringing Design identified in Plaintiff's correspondence to Defendants'

counsel and/or to this Court since the filing and service of the Amended Complaint, without redactions, or a report providing identical information;

3. Defendants' All Inventory & Sales Distribution Summary for all women's garments Defendants will offer for sale in the next six (6) months, without redactions, or a report providing identical information;

4. Defendants' I.B.D. Cost Sheet for each Infringing Design identified in the Exhibits to the Amended Complaint, without redactions;

5. Defendants' I.B.D. Cost Sheet for each Infringing Design identified in Plaintiff's correspondence to Defendants' counsel and/or to this Court since the filing and service of the Amended Complaint, without redactions;

6. Defendants' I.B.D. Cost Sheet for all women's garments Defendants will offer for sale in the next six (6) months, without redactions.

It is hereby further ORDERED that Plaintiff be GRANTED the following additional relief against Defendants:

7. All other discovery shall be suspended;

8. Defendants are enjoined from further copying any of Plaintiff's designs.

ORDERED, that Plaintiff shall cause this Order to be served upon Defendants within two (2) business days from the date of this Order.

SO ORDERED:

Dated: New York, New York
April __18__, 2008

THOMAS P. GRIESA
United States District Judge