# EXHIBIT 2

Discovered (opening home page visual view "Heritage Line" - not for sale)





21-B