Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| ANNA SUI CORP., | : |
| | : |
| | : 07 Civ. 3235 (TPG)(JCF) |
| | : |
| Plaintiff, | : |
| | : |
| -v- | : |
| | : |
| FOREVER 21, INC., FOREVER 21 RETAIL, | : |
| INC., FOREVER 21 LOGISTICS, LLC, | : |
| DO WON CHANG, JIN SOOK CHANG, | : |
| GADZOOKS, INC., GERALD P. SZCZEPANSKI | : |
| and JOHN DOES 1 to 20, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------x

### DECLARATION OF YOUNG KWON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR EXPEDITED DISCOVERY AND OTHER RELIEF

YOUNG KWON declares the following to be true under the penalties of perjury:

1. I am an attorney admitted to practice before the courts of California and am General Counsel for Defendants Forever 21, Inc., Forever 21 Retail, Inc. and Forever 21 Logistics (hereinafter collectively "Defendants").

2. I make this declaration in support of Defendants' Opposition to Plaintiff's Renewed Motion for Expedited Discovery and Other Relief.

3. I am familiar with the origin and creation of the documents entitled "All Inventory & Sales & Distribution Summary."

4. After Plaintiff contacted Defendants concerning the allegations in the present suit, these documents were prepared specifically at my request by employees of Defendants for the purpose of evaluating this matter and assisting in developing my legal analysis in the present litigation.

5. The documents entitled "All Inventory & Sales & Distribution Summary" are not kept in the ordinary course of business by Defendants.

Dated: April 22, 2008

_____
Young Kwon

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DECLARATION OF YOUNG KWON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR EXPEDITED DISCOVERY AND OTHER RELIEF was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 22nd day of April 2008, addressed as follows:

> Marya Lenn Yee, Esq.
> Amy C. Opp, Esq.
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

_____
Bruni Casiano