# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

Form VA

VA 1-391-583

**1. Title of This Work:** BUTTERFLY BORDER STRIPE
**Nature of this Work:** FABRIC DESIGN

**2. Name of Author:** ANNA SUI CORP
Citizen of: U.S.A.

**3.** a. 2005   b. 14 2005 U.S.A.

**4. Copyright Claimant:**
ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

6-C

03/29/2007  00:37   3103606259           ANNA SUI LA                    PAGE  13

(45)

N/A

N/A

ANNA SUI CORP
250 WEST 39TH STREET  > ATTN: LAYLA KHOURY-HANOLD
NEW YORK, NY 10018
            (212) 768-1951 ext. 35                 (212) 768-2358
L.Khoury@annasuicorp.com

ANNA SUI                                           Date 2/28/07

ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

6-C

