# EXHIBIT D

Case 1:07-cv-03235-TPG    Document 40-5    Filed 04/22/2008    Page 1 of 4

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
UNITED STATES COPYRIGHT OFFICE

VA 1-402-667

Month: 3  Day: 7  Year: 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work: CIRCLES AND BLOCK STRIPE BORDER
Nature of This Work: FABRIC DESIGN

Previous or Alternative Titles:

Publication as a Contribution:

**2** Name of Author: a ANNA SUI CORP.
Dates of Birth and Death:

Author's Nationality or Domicile: Citizen of USA

Was This Author's Contribution to the Work:
Anonymous? No
Pseudonymous? No

Nature of Authorship:

b Name of Author:

**3** a Year in Which Creation of This Work Was Completed: 2006
b Date and Nation of First Publication of This Particular Work: Month JUNE  Day 5  Year 2006
Nation: USA

**4** Copyright Claimant(s):
ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018

APPLICATION RECEIVED MAR 07 2007
ONE DEPOSIT RECEIVED MAR 07 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK

16-C

*Amended by OO from email received from Layla Khoury-Hanold of Anna Sui Corp on 5/4/07

EXAMINED BY: [signature]
CHECKED BY: [signature]
CORRESPONDENCE: Yes

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION

DERIVATIVE WORK OR COMPILATION
N/A

N/A

DEPOSIT ACCOUNT

CORRESPONDENCE
ANNA SUI CORP
250 WEST 39TH STREET → ATTN: LAYLA KHOURY-HANOLD
NEW YORK, NY 10018
(212) 768-1951 ext. 35        Fax: (212) 768-2358
Email: L.Khoury@annasuicorp.com

CERTIFICATION

Typed or printed name and date:
ANNA SUI                                   Date 2/28/07
[signature]

Certificate will be mailed in window envelope to this address:
ANNA SUI CORP
250 WEST 39TH STREET
NEW YORK, NY 10018



16-A