Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ANNA SUI CORP.,                                            :
                                                           :
                                                           :           07 Civ. 3235 (TPG)(JCF)
                                                           :
                        Plaintiff,                         :
                                                           :
        -v-                                                :
                                                           :
FOREVER 21, INC., FOREVER 21 RETAIL,                       :
INC., FOREVER 21 LOGISTICS, LLC,                           :
DO WON CHANG, JIN SOOK CHANG,                              :
GADZOOKS, INC., GERALD P. SZCZEPANSKI                      :
and JOHN DOES 1 to 20,                                     :
                                                           :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x

**DECLARATION OF YOUNG KWON
IN SUPPORT OF DEFENDANTS' SURREPLY IN
OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR
EXPEDITED DISCOVERY AND OTHER RELIEF AND IN SUPPORT OF
DEFENDANTS' CROSS-MOTION TO COMPEL DISCOVERY FROM PLAINTIFF**

YOUNG KWON declares the following to be true under the penalties of perjury:

1

1.    I am an attorney admitted to practice before the courts of California and am General Counsel for Defendants Forever 21, Inc., Forever 21 Retail, Inc. and Forever 21 Logistics (hereinafter collectively "Defendants").

2.    I make this declaration in support of Defendants' Surreply to Plaintiff's Renewed Motion for Expedited Discovery and Other Relief.

3.    I am familiar with Defendants' procedures for recalling garments from Defendants' retail stores and have authority to initiate such recalls.

4.    To the best of my understanding, on my instructions, Defendants have issued recall notices for every garment for which a correct item code has been identified by Plaintiff or Defendants and that is at issue in Plaintiff's June 26, 2007 First Amended Complaint, September 19, 2007, October 5, 2007 and January 10, 2008 letters, December 10, 2007 Motion for Expedited Discovery and April 16, 2008 Renewed Motion for Expedited Discovery.

5.    The documents titled "All Inventory & Sales & Distribution Summary" were prepared specifically at my request and are not kept in the ordinary course of business by Defendants. The date shown as the "Purchase Date" reflects the date on or about which the garments were received at Forever 21, Inc. in Los Angeles, California, not the date the garments were ordered. The Purchase Orders for each garment identify the date(s) on which the garments were ordered. I have reviewed the Purchase Order for Defendants' item 43053244 (produced by Defendants at Bates No. D 00013), and the order date for that item is June 22, 2007.

6.    To the best of my understanding, item code 2039859720, as identified in the April 16, 2008 Declaration Of Marya Lenn Yee In Support Of Plaintiff's Renewed Motion For Expedited Discovery And Other Relief, corresponds to and is the correct item code for the

purported Forever 21 garment shown in Exhibit 21B to the First Amended Complaint. A recall notice for item code 2039859720 was issued on or about April 16, 2008.

7. To the best of my understanding, all of Plaintiff's fabric designs at issue in the First Amended Complaint have been shown to Defendants' employees responsible for ordering new garments, and it has been confirmed that no additional garments have been ordered that incorporate fabric designs substantially similar to any of Plaintiff's fabric designs.

Dated: April 30, 2008

_____
Young Kwon

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DECLARATION OF YOUNG KWON IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR EXPEDITED DISCOVERY AND OTHER RELIEF AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION TO COMPEL DISCOVERY FROM PLAINTIFF was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 30th day of April 2008, addressed as follows:

> Marya Lenn Yee, Esq.
> Amy C. Opp, Esq.
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

_____
Bruni Casiano