

Complaint: Exhibit 1

