USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ANNA SUI CORP.,

                Plaintiff,           07 Civ. 3235 (TPG)

   - against -                  **ORDER**

FOREVER 21, INC., et al,

                Defendants.

----------------------------------------x

      I have reviewed the further briefing by both parties. The April 18 order granting expedited discovery to plaintiff stands and should be carried out within twenty (20) business days of this Order. Any further disputes will be dealt with after the discovery set forth in the April 18 order has been completed.

Dated: New York, New York
       May 8, 2008

                                  SO ORDERED

                                  _____
                                  Thomas P. Griesa
                                  U.S.D.J.