<u>CERTIFICATE OF SERVICE</u>

I, Shanise Lockridge, an employee at Donovan & Yee LLP, attorneys for Plaintiff

Anna Sui Corp. hereby affirm under the penalties of perjury, that on May 8, 2008, I

personally delivered a true and correct copy of the Order dated May 8, 2008, upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

Shanise Lockridge