Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ANNA SUI CORP.,                                   :
                                                  :
                                                  :    07 Civ. 3235 (TPG)(JCF)
                                                  :
             Plaintiff,                           :
                                                  :
        -v-                                       :
                                                  :
FOREVER 21, INC., FOREVER 21 RETAIL,              :
INC., FOREVER 21 LOGISTICS, LLC,                  :
DO WON CHANG, JIN SOOK CHANG,                     :
GADZOOKS, INC., GERALD P. SZCZEPANSKI             :
and JOHN DOES 1 to 20,                            :
                                                  :
                                                  :
             Defendants.                          :
-----------------------------------------------------------------x

**NOTICE OF DEFENDANTS'**
**MOTION FOR RECONSIDERATION OF THE ORDER**
**DATED APRIL 18, 2008 GRANTING PLAINTIFF AN INJUNCTION**

2

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang ("Defendants") by their undersigned counsel hereby move this Court for an Order pursuant to L. Civ. R. 6.3 and Fed. R. Civ. P. 59(e) and 65 striking or, in the alternative, clarifying Paragraph 8 of the Order Dated April 18, 2008 (the "Order") Granting Plaintiff an Injunction and for such other relief as this Court deems just and proper.

Dated: May 19, 2008                    Respectfully submitted,

                                       By:    s/ Robert L. Powley

                                       Robert L. Powley (RP 7674)
                                       James M. Gibson (JG 9234)
                                       David J. Lorenz (DL 3072)

                                       Powley & Gibson, P.C.
                                       304 Hudson Street, 2nd Floor
                                       New York, New York  10013
                                       Phone: 212-226-5054
                                       Fax:    212-226-5085

                                       Attorneys for Defendants
                                       Forever 21, Inc., Forever 21 Retail
                                       Inc., Forever 21 Logistics, LLC,
                                       Do Won Chang and Jin Sook Chang

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE ORDER DATED APRIL 18, 2008 GRANTING PLAINTIFF AN INJUNCTION was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 19th day of May 2008, addressed as follows:

> Marya Lenn Yee, Esq.
> Amy C. Opp, Esq.
> DONOVAN & YEE LLP
> The Soho Building
> 110 Greene Street, Suite 700
> New York, New York 10012
> (212) 226-7700

                                                                                       _____
                                                                                       Julio Lopez