UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,

            07 Civ. 3235 (TPG)(JCF)

    Plaintiff,

  -v-

FOREVER 21, INC., FOREVER 21 RETAIL,
INC., FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and JOHN DOES 1 to 20,

    Defendants.
------------------------------------------------------------x

## ~~PROPOSED~~ ORDER STRIKING PARAGRAPH 8

**IT IS HEREBY ORDERED** that the motion of Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics, LLC, Do Won Chang and Jin Sook Chang for Reconsideration of the Order Dated April 18, 2008 (the "Order") to strike Paragraph 8 is GRANTED.

Paragraph 8 is stricken from the Order.

So ORDERED.

Dated: ~~June___, 2008~~
May 21, 2008

                 /s/ Thomas P. Griesa
                 Thomas P. Griesa
                 United States District Judge