UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANNA SUI CORP.,

             Plaintiff,

   -v.-                                                                    07 Civ. 3235 (TPG)

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and  JOHN DOES 1 to 20,

             Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION

Upon the accompanying Declaration of Marya Lenn Yee, Esq. and Memorandum of Law, Plaintiff Anna Sui Corp., through its undersigned counsel, hereby moves the Court for an Order: (i) holding Defendants in contempt of Court for failure to comply with the Court's April 18, 2008, Order pursuant to Rule 37(b) of the Federal Rules of Civil Procedure; and (ii) for such other relief as the Court deems just and proper.

Dated: New York, New York
       June 23, 2008

                                        DONOVAN & YEE LLP
                                        Attorneys for Plaintiff Anna Sui Corp.

                                        By      /s/ MARYA LENN YEE
                                        MARYA LENN YEE (MY 4608)
                                        AMY C. OPP (AO 2677)
                                        The Soho Building
                                        110 Greene Street, Suite 700
                                        New York, New York 10012
                                        (212) 226-7700