**EXHIBIT A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

ANNA SUI CORP.,

               Plaintiff,

      - against -

FOREVER 21, INC., FOREVER 21
RETAIL, INC., FOREVER 21 LOGISTICS,
LLC, DO WON CHANG, JIN SOOK
CHANG, GADZOOKS, INC., GERALD P.
SZCZEPANSKI and JOHN DOES 1 to 20,

               Defendants.

-------------------------------------x

07 Civ. 3235 (TPG)

**ORDER**

For the reasons discussed at the conference on December 18, 2007, plaintiff's motion for expedited discovery is denied with leave to renew.

Dated: New York, New York
         December 19, 2007

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.