**EXHIBIT D**

RECEIVED

JUN 06 2008

DONOVAN & YEE LLP

<u>BY HAND</u>

June 6, 2008

Marya Lenn Yee, Esq.
Donavan & Yee, LLP
The Soho Building
110 Greene Street, Suite 700
New York, NY 10012

Powley & Gibson, p.c.
304 Hudson Street
2nd Floor
New York, NY 10013
212 226 5054
F 212 226 5085
powleygibson.com

Re:    *Anna Sui Corp. v. Forever 21, Inc. et al.*
       <u>Our Reference No.: 329.1</u>

Dear Marya:

Enclosed please find Defendants' documents Bates-stamped D 02885 – D 02924 and stamped HIGHLY CONFIDENTIAL in compliance with Paragraphs 1, 2, 4 and 5 of Judge Griesa's May 8, 2008 Order.

Defendants' documents in compliance with Paragraphs 3 and 6 will be delivered to your offices for your inspection. Due to the highly sensitive nature of these materials, no copies will be provided or permitted, and the documents will be accompanied at all times by an attorney from our office. These documents will be made available during business hours on days of your choosing, for as long as you require them, and will be brought back to our offices by the accompanying attorney at the end of each day.

Please let us know when you would like the documents in compliance with Paragraphs 3 and 6 brought to your office for your inspection.

Sincerely,

David J. Lorenz

Enclosures

# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: aopp@yeellp.com

Writer's Direct Dial:
(212) 226-4271

June 6, 2008

**VIA FIRST CLASS MAIL AND FACSIMILE**

James M. Gibson
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

### RE: 1638/Anna Sui v. Forever 21, Inc. et. al.

Dear Jim:

     We are writing in response to your letter dated June 6, 2008. In an effort to prevent further delays in reviewing the upcoming Forever 21 garment styles, Plaintiff will commence review of Defendants' documents produced in response to Paragraphs 3 and 6 of the Court's April 18, 2008, Order on Wednesday June 11 at 11:00 am. Such inspection shall be held at the offices of Donovan & Yee LLP and shall continue on Thursday June 12 and Friday June 13, if necessary.

     We disagree with the appropriateness of your unilateral restrictions in copying any of the materials delivered and reserve our objections thereto for the appropriate time and forum. Thank you.

Sincerely,

Amy C Opp

Cc:    Robert Powley, Esq
       David Lorenz, Esq.