**EXHIBIT E**



D 01617