**EXHIBIT F**

## LIST OF POSSIBLE F21 INFRINGEMENTS

A     D
B     E
C     F

| | | |
|---|---|---|
| 1617D | 1672A | 1757A |
| 1619D | 1672F | 1760C |
| 1620D | 1676F | 1760E |
| 1621C | 1679F | 1761F |
| 1626A | 1681C | 1762F |
| 1626D | 1681D | 1770C |
| 1628A | 1682B | 1779F |
| 1628B | 1685E | 1771C |
| 1630A | 1689F | 1773F |
| 1632C | 1690A | 1781F |
| 1633D | 1690E | 1784C |
| 1635D | 1691A | 1784D |
| 1636D | 1691B | 1784E |
| 1636E | 1691C | 1785E |
| 1636F | 1691F | 1790F |
| 1640B | 1694E | 1791E |
| 1640E | 1696C | 1793D |
| 1642D | 1696E | 1797C |
| 1647E | 1697C | 1798F |
| 1649E | 1697D | 1799E |
| 1651F | 1697F | 1803B |
| 1652A | 1702D | 1803C |
| 1654A | 1705F | 1803F |
| 1654E | 170EE | 1804A |
| 1655C | 1713E | 1806B |
| 1656C | 1714D | 1806D |
| 1657A | 1717A | 1810A |
| 1658A | 1723E | 1821E |
| 1659B | 1723F | 1822E |
| 1659F | 1728E | 1823B |
| 1663D | 1729B | 1834D |
| 1663E | 1733E | 1834E |
| 1664E | 1735B | 1834F |
| 1666C | 1738E | 1836B |
| 1666F | 1744C | 1836D |
| 1667C | 1759A | 1849B |
| 1667F | 1755C | 1841C |
| 1670F | 1755D | 1841D |
| 1671A | 1756E | 1843D |

| | | |
|---|---|---|
| 1845E | 1920A | 2004B |
| 1846A | 1920E | 2006B |
| 1847A | 1924C | 2009A |
| 1850D | 1924F | 2009D |
| 1854A | 1927E | 2010A |
| 1857E | 1928C | 2010E |
| 1858F | 1931F | 2010F |
| 1859C | 1931C | 2011C |
| 1859F | 1935D | 2012E |
| 1860A | 1936A | 2012F |
| 1865E | 1936D | 2013B |
| 1865F | 1937A | 2015E |
| 1867A | 1938A | 2016A |
| 1870A | 1939B | 2016B |
| 1870C | 1939F | 2016D |
| 1871E | 1941C | 2017B |
| 1872A | 1941D | 2017D |
| 1872B | 1942B | 2017E |
| 1872C | 1943B | 2019A |
| 1875B | 1950E | 2019D |
| 1877C | 1953D | 2020C |
| 1878A | 1956F | 2022C |
| 1879B | 1958E | 2023A |
| 1880 B | 1961F | 2023C |
| 1880C | 1963A | 2025A |
| 1881B | 1963B | 2025C |
| 1883A | 1965F | 2026B |
| 1887A | 1971C | 2026E |
| 1892F | 1972A | 2027C |
| 1894D | 1972B | 2027E |
| 1895F | 1972F | 2028B |
| 1896B | 1973A | 2034B |
| 1899D | 1973D | 2034F |
| 1900B | 1975C | 2037B |
| 1901A | 1980E | 2037D |
| 1902B | 1985C | 2037F |
| 1902F | 1985F | 2038B |
| 1903A | 1986A | 2038C |
| 1903E | 1987D | 2038F |
| 1904A | 1990A | 2039B |
| 1904D | 1992C | 2039C |
| 1906F | 1993E | 2039E |
| 1907D | 1999F | 2043B |
| 1912A | 2000A | 2043C |
| 1917E | 2002B | 2043E |
| 1918A | 2003F | 2043F |

2

| | | |
|---|---|---|
| 2044A | 2088B | 2323E |
| 2048C | 2088D | 2327A |
| 2048E | 2098C | 2327B |
| 2049A | 2098D | 2327C |
| 2049C | 2273C | 2327D |
| 2049F | 2273E | 2327E |
| 2050A | 2274C | 2327F |
| 2050C | 2274E | 2329E |
| 2050E | 2276A | 2331C |
| 2051C | 2276F | 2332A |
| 2051D | 2277D | 2333C |
| 2051F | 2278A | 2335F |
| 2052D | 2282A | 2336A |
| 2052E | 2282F | 2336B |
| 2054A | 2284A | 2336C |
| 2054E | 2284C | 2336F |
| 2054F | 2285B | 2337A |
| 2055C | 2285D | 2337D |
| 2062B | 2285F | 2337E |
| 2062C | 2287D | 2342B |
| 2062F | 2288D | 2342E |
| 2063C | 2289A | 2345D |
| 2063D | 2290E | 2345F |
| 2063E | 2291A | 2346A |
| 2063F | 2291E | 2346C |
| 2066A | 2291F | 2346D |
| 2066B | 2293A | 2346E |
| 2070F | 2293D | 2346F |
| 2071A | 2293E | 2347E |
| 2072B | 2295D | 2347F |
| 2073B | 2295E | 2348D |
| 2075B | 2296A | 2348E |
| 2075D | 2296E | 2349A |
| 2075E | 2296F | 2349F |
| 2075F | 2298B | 2350A |
| 2078E | 2301C | 2350C |
| 2081A | 2304C | 2350E |
| 2081D | 2304E | 2351E |
| 2084A | 2309E | 2351F |
| 2084B | 2309F | 2352C |
| 2084C | 2311F | 2352D |
| 2084E | 2314E | 2353A |
| 2084F | 2315A | 2353D |
| 2087A | 2315B | 2354B |
| 2087C | 2315E | 2354C |
| 2088A | 2317E | 2354D |

| | | |
|---|---|---|
| 2354E | 2399C | 2429E |
| 2355A | 2399D | 2429F |
| 2355D | 2399E | 2431B |
| 2355F | 2399F | 2431C |
| 2356C | 2400A | 2431E |
| 2356F | 2400B | 2431F |
| 2357A | 2400C | 2432C |
| 2357B | 2406B | 2432E |
| 2357C | 2409A | 2432F |
| 2357D | 2409B | 2433A |
| 2357E | 2409E | 2433B |
| 2357F | 2409F | 2433C |
| 2358B | 2410D | 2433F |
| 2358C | 2410E | 2434A |
| 2358E | 2410F | 2436B |
| 2360C | 2411A | 2436C |
| 2360E | 2411B | 2436D |
| 2360F | 2411C | 2437A |
| 2361C | 2411D | 2437B |
| 2361F | 2411F | 2441F |
| 2362A | 2412A | 2444C |
| 2362C | 2412B | 2444E |
| 2362E | 2412D | 2445B |
| 2362F | 2412F | 2445E |
| 2363D | 2413A | 2445F |
| 2364D | 2413B | 2446C |
| 2366D | 2413C | 2447E |
| 2366E | 2413D | 2450A |
| 2366F | 2413E | 2450B |
| 2372C | 2413F | 2450D |
| 2372E | 214A | 2450E |
| 2372F | 2414B | 2450F |
| 2373A | 2414D | 2453A |
| 2386D | 2414E | 2453B |
| 2387D | 2417C | 2453D |
| 2394C | 2424A | 2454C |
| 2394F | 2424D | 2454D |
| 2395A | 2424F | 2455A |
| 2395C | 2425D | 2455C |
| 2395D | 2425E | 2456C |
| 2396E | 2425F | 2456D |
| 2397A | 2426A | 2457A |
| 2398A | 2428D | 2457C |
| 2398B | 2428E | 2458A |
| 2399A | 2429C | 2458B |
| 2399B | 2429D | 2458C |

| | | |
|---|---|---|
| 2458D | 2476C | 2491B |
| 2459C | 2476D | 2493A |
| 2459F | 2476E | 2493B |
| 2460B | 2476F | 2494B |
| 2460C | 2477A | 2495A |
| 2460F | 2477B | 2501A |
| 2461F | 2477C | 2501D |
| 2462A | 2477D | 2501F |
| 2462C | 2478A | 2503C |
| 2462D | 2478B | 2503F |
| 2462F | 2478C | 2504A |
| 2464D | 2478D | 2504B |
| 2466F | 2478E | 2504D |
| 2467A | 2478F | 2504E |
| 2467B | 2479A | 2505E |
| 2467E | 2479B | 2506A |
| 2467F | 2479D | 2506F |
| 2468D | 2479E | 2507A |
| 2470B | 2479F | 2507B |
| 2470C | 2480A | 2507C |
| 2470E | 2480B | 2507E |
| 2470F | 2480D | 2507F |
| 2471A | 2481F | 2508A |
| 2471B | 2482B | 2508B |
| 2471C | 2482C | 2508D |
| 2471D | 2482E | 2508E |
| 2471E | 2482F | 2509B |
| 2471F | 2483B | 2509E |
| 2472A | 2483D | 2511B |
| 2472B | 2483E | 2511D |
| 2472C | 2483F | 2580 (entire page illegible) |
| 2472D | 2484A | 2587A |
| 2472E | 2484C | 2587C |
| 2472F | 2484F | 2587D |
| 2473A | 2485A | 2587E |
| 2473B | 2485B | 2587F |
| 2473C | 2485D | 2588A |
| 2473D | 2486B | 2588B |
| 2473E | 2486C | 2588C |
| 2473F | 2486D | 2588E |
| 2474B | 2486E | 2589 (most of page missing) |
| 2474D | 2486F | 2611 (most of page missing) |
| 2474E | 2487D | 2612B |
| 2474F | 2487E | 2612C |
| 2476A | 2488D | 2612E |
| 2476B | 2488E | 2612F |

| | | |
|---|---|---|
| 2635A | 2765D | 2800D |
| 2635B | 2765E | 2800E |
| 2635D | 2765F | 2800F |
| 2635E | 2775A | 2815A |
| 2636B | 2775B | 2815B |
| 2636C | 2775C | 2815D |
| 2636E | 2775E | 2815E |
| 2636F | 2775F | 2815F |
| 2643A | 2780A | 2816A |
| 2643B | 2780B | 2816C |
| 2643C | 2780C | 2816D |
| 2643D | 2780D | 2816E |
| 2643F | 2780F | 2816F |
| 2644A | 2781A | 2826A |
| 2644B | 2781C | 2826C |
| 2644D | 2781D | 2826E |
| 2644E | 2781E | 2826F |
| 2644F | 2784A | 2829A |
| 2645A | 2784B | 2829B |
| 2645B | 2784C | 2829D |
| 2645C | 2784D | 2829E |
| 2645D | 2784E | 2830B |
| 2645E | 2787A | 2830C |
| 2646A | 2787E | 2830D |
| 2646F | 2787F | 2830E |
| 2753A | 2788A | 2830F |
| 2753B | 2788B | 2834A |
| 2753D | 2788C | 2834D |
| 2753E | 2788D | 2834E |
| 2753F | 2788E | 2835A |
| 2759A | 2790C | 2835B |
| 2759B | 2790D | 2835D |
| 2759C | 2790E | 2836B |
| 2759D | 2790F | 2836C |
| 2759F | 2793A | 2836D |
| 2760A | 2793B | 2836E |
| 2760D | 2793D | 2836F |
| 2760E | 2793E | 2837A |
| 2760F | 2793F | 2837B |
| 2761 (no pictures on entire page) | 2798A | 2837C |
| 2762A | 2798C | 2837D |
| 2762B | 2798D | 2837F |
| 2762C | 2798E | 2838A |
| 2762F | 2798F | 2838B |
| 2765A | 2800A | 2838C |
| 2765B | 2800B | 2838D |

| | | |
|---|---|---|
| 2838E | 2847A | 2867A |
| 2839A | 2847B | 2867B |
| 2839B | 2847C | 2867D |
| 2839C | 2847D | 2867E |
| 2839D | 2847E | 2867F |
| 2840B | 2848C | 2874 (no pictures of garments |
| 2840C | 2848F | on page) |
| 2840D | 2862A | 2877D |
| 2840E | 2862D | |
| 2840F | 2862F | |

DIFFERENT CONFIGURATION OF GARMENTS (A,B,C,D,E,F,G,H,I,J,K)

2532 (both garments listed on page)
2570 (entire page illegible)
2685C
2686C
2687G
2690A
2690D
2691D
2691F
2694A
2694B
2694C
2721 (entire page illegible)
2728 (entire page illegible)
2730E
2731 (entire page illegible)
2732 (entire page illegible)
2738A
2738B

IBD COST SHEETS

| | | |
|------|------|------|
| 1023 | 1147 | 2131 |
| 1037 | 1163 | 2132 |
| 1039 | 1165 | 2136 |
| 1041 | 1212 | 2141 |
| 1042 | 1222 | 2147 |
| 1046 | 1236 | 2161 |
| 1047 | 1268 | 2162 |
| 1048 | 1280 | 2178 |
| 1049 | 1286 | 2181 |
| 1053 | 1386 | 2226 |
| 1054 | 1509 | 2236 |
| 1055 | 1520 | 2241 |
| 1058 | 1521 | 2242 |
| 1070 | 1524 | 2244 |
| 1074 | 1530 | 2246 |
| 1075 | 1546 | 2249 |
| 1076 | 1549 | 2253 |
| 1078 | 1596 | 2256 |
| 1081 | 1597 | 2259 |
| 1092 | 1598 | 2260 |
| 1104 | 2104 | 2261 |
| 1110 | 2105 | 2262 |
| 1115 | 2106 | 2263 |
| 1122 | 2107 | 2265 |
| 1128 | 2109 | 2269 |
| 1136 | 2126 | 2881 |
| 1142 | 2130 | |