**EXHIBIT G**

| PARAGRAPHS 3 AND 6 DISCOVERY MADE AVAILABLE FOR INSPECTION BY DEFENDANTS | |
|---|---|
| D 01617-02103 | 1st Set Made Available for Inspection |
| D 02273-02511 | 2nd Set Made Available for Inspection |
| D 2104-2193 | 3rd Set Made Available for Inspection |
| D 00948-01616 | 4th Set Made Available for Inspection |
| D 02661-02750 | 5th Set Made Available for Inspection |
| D 02512-02570 | 6th Set Made Available for Inspection |
| D 02872-02884 | 7th Set Made Available for Inspection |
| D 02194-02271 | 8th Set Made Available for Inspection |
| D 02580-02646 | 9th Set Made Available for Inspection |
| D 02753-02868 | 10th Set Made Available for Inspection |

**MISSING BATES RANGES**

D 02272
D 02571-02579
D 02581-02586
D 02590-02610
D 02613-02634
D 02637-02642
D 02647-02660
D 02751-02752
D 02754-20758
D 02763-02764
D 02766-02774
D 02776-02779
D 02782-02783
D 02785-02786
D 02789
D 02791-02792
D 02794-02797
D 02799
D 02801-02814
D 02817-02821
D 02823-02828
D 02831-2833
D 02841-02846
D 02849-02861
D 02863-02866
D 02869-02871