**EXHIBIT H**

## MISSING IBD COST SHEETS IDENTIFIED BY FOREVER 21 ITEM CODE

34588006023
34588006012
38877901044
31600366013
30248188012
30533794
30248188012
39418927012
40120558032
42420499012
36705283013
36884851022
37553974013
38017213013
37487023022
37051648
36904975012
36905362012
36191734
32112754022
36191734013
35538865012
36529972012
35538865012
35734300
39418927012
33731575034
36714571014
37795849012
37958389012
37325257014
37325257013
2043053244
38851972023
40135264012
2040135264
39192532012
39859720033