**EXHIBIT I**

## GARMENTS FOR WHICH DEFENDANTS DID NOT PRODUCE "SUPPLEMENTAL" INVENTORY INFORMATION PURSUANT TO APRIL 18 ORDER

30248188013
39418927012
061E07448P
39418927012
37325257013
37325257012
2040135264