**EXHIBIT J**

**LIST OF GARMENTS FOR WHICH DEFENDANTS' "SUPPLEMENTAL" INVENTORY INFORMATION DOES NOT MATCH THE ORIGINAL INVENTORY CONTROL SHEETS PRODUCED**

30248188
32112754
32484274
34588006
35734300
36529972
36714571
36905362
37051648
37487023
37795849
37958389
38851972
39192532
40135264
43053244