**EXHIBIT K**

**Amy Opp**

| | |
|---|---|
| **From:** | David J. Lorenz [djlorenz@powleygibson.com] |
| **Sent:** | Friday, June 20, 2008 5:44 PM |
| **To:** | Amy Opp |
| **Cc:** | Marya Yee; Robert L. Powley; James M. Gibson |
| **Subject:** | Anna Sui v. Forever 21 – ORN. 329.1 |

Amy,

During the April 11, 2008 discovery conference, Judge Griesa indicated that Anna Sui should return the All Inventory & Sales Distribution Summaries cited by bates-number in our March 14, 2008 letter, once Forever 21 produced reports providing identical information. Forever 21 produced such reports on June 6, 2008 in satisfaction of Judge Griesa's instructions, and we request that Anna Sui immediately return the All Inventory & Sales Distribution Summaries.

Thank you in advance for your anticipated cooperation.

Sincerely,
Dave Lorenz

POWLEY & GIBSON, p.c.
304 Hudson Street, 2nd Floor
New York, New York 10013
p (212) 226 - 5054
f (212) 226 - 5085
www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.