**EXHIBIT L**

## Amy Opp

**From:** David J. Lorenz [djlorenz@powleygibson.com]
**Sent:** Wednesday, June 18, 2008 6:50 PM
**To:** Amy Opp
**Cc:** Marya Yee; Robert L. Powley; James M. Gibson
**Subject:** Anna Sui v. Forever 21 – ORN. 329.1

Amy,

Please let us know when the deposit copies and registrations for Anna Sui's designs will be made available for inspection and copying. We are available any day this week to review these materials at your office.

Furthermore, Forever 21 served Second Document Requests, Second Interrogatories and First Requests for Admission on Anna Sui on March 28, 2008. Responses to these discovery requests are overdue and should be served immediately.

Sincerely,
David Lorenz

    POWLEY & GIBSON, p.c.
    304 Hudson Street, 2nd Floor
    New York, New York 10013
    p (212) 226 - 5054
    f (212) 226 - 5085
    www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

## Amy Opp

**From:** David J. Lorenz [djlorenz@powleygibson.com]
**Sent:** Thursday, June 19, 2008 3:18 PM
**To:** Amy Opp
**Cc:** Marya Yee; Robert L. Powley; James M. Gibson
**Subject:** Anna Sui v. Forever 21 -- ORN. 329.1

SECOND REQUEST

Amy,

Please let us know when the deposit copies and registrations for Anna Sui's designs will be made available for inspection and copying. We are available any day this week and next week to review these materials at your office.

Furthermore, Forever 21 served Second Document Requests, Second Interrogatories and First Requests for Admission on Anna Sui on March 28, 2008. Responses to these discovery requests are overdue and should be served immediately.

Sincerely,
David Lorenz

> POWLEY & GIBSON, p.c.
> 304 Hudson Street, 2nd Floor
> New York, New York 10013
> p (212) 226 - 5054
> f (212) 226 - 5085
> www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

6/23/2008

## Amy Opp

**From:** David J. Lorenz [djlorenz@powleygibson.com]
**Sent:** Friday, June 20, 2008 4:13 PM
**To:** Amy Opp
**Cc:** Marya Yee; Robert L. Powley; James M. Gibson
**Subject:** Anna Sui v. Forever 21 -- ORN. 329.1

THIRD REQUEST

Amy,

Please let us know when the deposit copies and registrations for Anna Sui's designs will be made available for inspection and copying. We are available any day next week to review these materials at your office.

Furthermore, Forever 21 served Second Document Requests, Second Interrogatories and First Requests for Admission on Anna Sui on March 28, 2008. Responses to these discovery requests are overdue and should be served immediately.

Sincerely,
David Lorenz

>    POWLEY & GIBSON, p.c.
>    304 Hudson Street, 2nd Floor
>    New York, New York 10013
>    p (212) 226 - 5054
>    f (212) 226 - 5085
>    www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.

6/23/2008

## Amy Opp

| | |
|---|---|
| **From:** | David J. Lorenz [djlorenz@powleygibson.com] |
| **Sent:** | Friday, June 20, 2008 10:35 AM |
| **To:** | Amy Opp |
| **Cc:** | Marya Yee; Robert L. Powley; James M. Gibson |
| **Subject:** | Anna Sui v. Forever 21 – ORN. 329.1 |

Amy,

Anna Sui has consistently and utterly failed to address the issues raised in our December 21, 2007, February 25, 2008 and April 2, 2008 emails concerning deficiencies in Anna Sui's document production. We have found no documents responsive to Requests Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, 18 and 19 in Anna Sui's production. Additionally, we have found virtually no documents responsive to Requests Nos. 1, 2, 24, 25 and 26. If Anna Sui has in fact produced all existing responsive documents, as asserted in your January 14, 2008 letter, Anna Sui should identify such documents by bates number or state that no responsive documents exist. As set forth in our April 9, 2008 email, in response to Anna Sui's requests, Forever 21 has identified bates numbers, as well as item codes, pertaining to numerous documents and sees no valid reason why Anna Sui refuses to do the same.

In particular, Anna Sui has produced virtually no documents regarding the creation, authorship and ownership of the Sui Designs. We request that Anna Sui immediately produce all remaining responsive documents relating to creation, authorship and ownership, identify by bates number all responsive documents produced to date or state that no additional responsive documents exist, as appropriate.

Regarding Request No. 23 for correspondence between Anna Sui and Forever 21's vendors, during the April 11, 2008 discovery conference Judge Griesa indicated that Anna Sui should produce (1) all such documents regarding any of the Sui Designs, except any documents specifically discussing settlement, and (2) a list identifying Forever 21's vendors who have settled, or are discussing settlement, with Anna Sui for any claims based on the Sui Designs. We request that Anna Sui produce these materials immediately.

Finally, we have received no response to our March 11, 2008 email and request that Anna Sui produce the missing pages cited in our email.

Please be advised that this is yet another good faith attempt by Forever 21 to resolve these outstanding discovery disputes.

Thank you in advance for your anticipated cooperation.

Sincerely,
Dave Lorenz

> POWLEY & GIBSON, p.c.
> 304 Hudson Street, 2nd Floor
> New York, New York 10013
> p (212) 226 - 5054
> f (212) 226 - 5085
> www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.