## CERTIFICATE OF SERVICE

    I, Carolyn Hubbell, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on June 23, 2008, I personally delivered a true and correct copy of Plaintiff's Motion for Contempt upon:

>James M. Gibson, Esq.
>Powley & Gibson, P.C.
>304 Hudson Street, 2nd Floor
>New York, NY 10013

*/s/ Carolyn Hubbell*

                  Carolyn Hubbell