# DONOVAN & YEE ▲ LLP

The Soho Building ▲ 110 Greene Street, Suite 700 ▲ New York, NY 10012
Telephone: 212-226-7700 ▲ Fax: 212-226-1995
E-mail: myee@yeellp.com

Writer's Direct Dial:
(212) 226-7945

June 26, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

RECEIVED
JUN 26 2008
CHAMBERS OF
JUDGE GRIESA

<u>VIA FACSIMILE (212) 805-7908</u>

Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

Re:  Case 1:07-cv-03235-TPG
Anna Sui Corp. v. Forever 21, Inc. et al

Your Honor:

We represent Plaintiff Anna Sui Corp. in the above-referenced matter. We write to request that the Court stay Plaintiff's time to oppose Defendants' second motion to dismiss filed on June 20, 2008. Plaintiff's opposition is currently due on July 7, 2008.

On May 8, 2008, Your Honor issued an Order requiring Defendants' to produce certain discovery by June 6, 2008 (a copy of the May 8 Order is annexed hereto as Exhibit A). The May 8 Order also explicitly stated that all other disputes will be dealt with after the April 18 Order has been completed. Defendants' failed to comply with the terms of the April 18 Order, resulting in Plaintiff's Motion for Contempt, filed earlier this week. A court conference to address the issues raised in Plaintiff's motion is currently scheduled for July 29.

Plaintiff requests that Your Honor stay Plaintiff's time to oppose Defendants' second motion to dismiss until the issues set forth in Your Honor's April 18 Order have been fully addressed. Plaintiff sought Defendants' consent to stay the opposition period, but Defendants' have refused to consent (a copy of the correspondence is annexed hereto as Exhibit B). Accordingly we request that Court intervene and stay Plaintiff's opposition period.

Respectfully submitted,

Marya Lenn Yee

Approved.
Thomas P. Griesa
USDJ
6/27/08

Hon. Thomas P. Griesa
Page 2

Enc.

Cc:   James M. Gibson, Esq. (via facsimile)
      Robert L. Powley, Esq. (via facsimile)
      David J. Lorenz, Esq. (via facsimile)