UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

------------------------------------x

ANNA SUI CORP.,

                Plaintiff,

      - against -

FOREVER 21, INC., FOREVER 21
RETAIL, INC., FOREVER 21 LOGISTICS,
LLC, DO WON CHANG, JIN SOOK
CHANG, GADZOOKS, INC., GERALD P.
SZCZEPANSKI and JOHN DOES 1 to 20,

                Defendants.

------------------------------------x

07 Civ. 3235 (TPG)

**ORDER**

      For the reasons discussed at the conference on August 7, 2008, plaintiff's motion to hold defendants in contempt of Court is denied.

Dated: New York, New York
       August 15, 2008

SO ORDERED

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.