## CERTIFICATE OF SERVICE

I, Shanise Lockridge, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on August 18, 2008, I personally delivered a true and correct copy of the Court's Order dated August 15, 2008 upon:

>James M. Gibson, Esq.
>Powley & Gibson, P.C.
>304 Hudson Street, 2nd Floor
>New York, NY 10013

*[signature]*

Shanise Lockridge