Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,                                :
                                               :
                                               :   07 Civ. 3235 (TPG)(JCF)
                                               :
                      Plaintiff,               :
                                               :
      -v-                                      :
                                               :
FOREVER 21, INC., FOREVER 21 RETAIL,            :
INC., FOREVER 21 LOGISTICS, LLC,                :
DO WON CHANG, JIN SOOK CHANG,                   :
GADZOOKS, INC., GERALD P. SZCZEPANSKI           :
and JOHN DOES 1 to 20,                          :
                                               :
                                               :
                      Defendants.              :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that Defendants' documents Bates-stamped D 00948-02884 and D 02927-03099 were produced to counsel for Plaintiff pursuant to Paragraph 1 of the August 15, 2008 Order by hand on this 21st day of August 2008, addressed as follows:

Amy C. Opp, Esq.
DONOVAN & YEE LLP
The Soho Building
110 Greene Street, Suite 700
New York, New York 10012
(212) 226-7700

_____
James M. Gibson