## CERTIFICATE OF SERVICE

I, Carolyn Hubbell, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on August 28, 2008, I personally delivered a true and correct copy of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Federal Lanham Act Claim and Common Law Unfair Competition and Deceptive Trade Practices Claim, in the form of a Memorandum of Law and Declaration of Marya Lenn Yee, Esq. upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

Carolyn Hubbell