UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
ANNA SUI CORP.,

                Plaintiff,

    - against -

FOREVER 21, INC., FOREVER 21
RETAIL, INC., FOREVER 21 LOGISTICS,
LLC, DO WON CHANG, JIN SOOK
CHANG, GADZOOKS, INC., GERALD P.
SZCZEPANSKI and JOHN DOES 1 to 20,

                Defendants.
------------------------------------------x

07 Civ. 3235 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

       On August 28, 2008, Plaintiff, Anna Sui Corp., filed a memorandum of law in opposition to defendants' motion to dismiss claims 2, 3 and 4 of the First Amended Complaint. The Court now directs that plaintiff be permitted to remove and re-file this document on ECF.

Dated: New York, New York
       Sept. 3, 2008

                                        SO ORDERED

                                        Thomas P. Griesa
                                        U.S.D.J.