UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANNA SUI CORP.,

                          **Plaintiff,**

           -v.-                                                  07 Civ. 3235

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and JOHN DOES 1 to 20,

                        **Defendants.**
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Jennifer L. Brillante, Esq. of DONOVAN & YEE LLP appears in this proceeding on behalf of Plaintiff Anna Sui Corp.

DATED:    New York, New York
                 September 15, 2008

                                                                              DONOVAN & YEE LLP

                                                                                /s/ Jennifer L. Brillante
                                                                                Jennifer L. Brillante, Esq. (JB 1027)

                                                                                Attorneys for Plaintiff Anna Sui Corp.
                                                                                The Soho Building
                                                                                110 Greene Street, Suite 700
                                                                                New York, New York 10012
                                                                                Tel.: (212) 226-7700
                                                                                Fax.: (212) 226-1995

## CERTIFICATE OF SERVICE

I, Jennifer L. Brillante, an attorney associated with Donovan & Yee LLP, counsel for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on September 15, 2008, I caused a true and correct copy of the Notice of Appearance for Jennifer L. Brillante to be mailed, via first class mail, postage prepaid, upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

_Jennifer L. Brillante_
Jennifer L. Brillante, Esq.