Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Forever 21, Inc., Forever 21 Retail,
Inc., Forever 21 Logistics, LLC,
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANNA SUI CORP.,                                  :
                                                 :
                                                 :    07 Civ. 3235 (TPG)(JCF)
                         Plaintiff,              :
                                                 :
        -v-                                      :
                                                 :
FOREVER 21, INC., FOREVER 21 RETAIL,             :
INC., FOREVER 21 LOGISTICS, LLC,                 :
DO WON CHANG, JIN SOOK CHANG,                    :
GADZOOKS, INC., GERALD P. SZCZEPANSKI            :
and JOHN DOES 1 to 20,                           :
                                                 :
                         Defendants.             :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that Defendants' documents Bates-stamped D 03100-03126 were produced to counsel for Plaintiff pursuant to Paragraph 4 of the August 15, 2008 Order by electronic mail on this 15th day of September 2008, addressed as follows:

Marya Lenn Yee, Esq.
MYee@yeellp.com
Amy C. Opp, Esq.
AOpp@yeellp.com
DONOVAN & YEE LLP
The Soho Building
110 Greene Street, Suite 700
New York, New York 10012
(212) 226-7700

_____
David J. Lorenz