UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
ANNA SUI CORP.,

               Plaintiff,

      -v.-

                                         07 Civ. 3235 (TPG)

FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC,
DO WON CHANG, JIN SOOK CHANG,
GADZOOKS, INC., GERALD P. SZCZEPANSKI
and  JOHN DOES 1 to 20,

               Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION

Upon the accompanying declaration and memorandum of law, plaintiff Anna Sui Corp., through its undersigned counsel, hereby moves the Court for an Order: (i) granting plaintiff permission to amend Plaintiff's First Amended Complaint pursuant to FRCP 15(a)(2) and FRCP 21; and (ii) for such other relief as the Court deems just and proper.

Dated: New York, New York
          September 18, 2008

                                       DONOVAN & YEE LLP
                                       Attorneys for Plaintiff Anna Sui Corp.

                                       By     /s/ MARYA LENN YEE
                                       MARYA LENN YEE (MY 4608)
                                       AMY C. OPP (AO 2677)
                                       The Soho Building
                                       110 Greene Street, Suite 700
                                       New York, New York 10012
                                       (212) 226-7700