## CERTIFICATE OF SERVICE

I, Carolyn Hubbell, an employee at Donovan & Yee LLP, attorneys for Plaintiff Anna Sui Corp. hereby affirm under the penalties of perjury, that on September 18, 2008, I personally delivered a true and correct copy of Plaintiff's Motion to Amend the First Amended Complaint upon:

James M. Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, NY 10013

*[signature]*

Carolyn Hubbell